# Exhibit B

**Loss Analysis for Douglas Buchan - Evolv Technologies Holdings, Inc. f/k/a NewHold Investment Corp. (EVLV)**
**Class Period 06/28/21 - 03/13/24**

| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **PURCHASES** | | | | | **SALES** | | |
| Pre-Class Held | | | | | | | | | | |
| Class Period | 02/05/24 | 37,559 | $4.3900 | $164,884.01 | | 02/07/24 | 48,707 | $4.4200 | | $215,284.94 |
| Purchases | 02/05/24 | 4,501 | $4.3800 | $19,714.38 | | 02/20/24 | 39,150 | $4.3600 | | $170,694.00 |
| | 02/05/24 | 3,679 | $4.3700 | $16,077.23 | | 02/20/24 | 2,180 | $4.3610 | | $9,506.98 |
| | 02/05/24 | 1,750 | $4.3600 | $7,630.00 | | 02/20/24 | 1,989 | $4.3700 | | $8,691.93 |
| | 02/05/24 | 348 | $4.3500 | $1,513.80 | | 02/20/24 | 1,499 | $4.3800 | | $6,565.62 |
| | 02/05/24 | 270 | $4.3690 | $1,179.63 | | 02/20/24 | 1,277 | $4.3900 | | $5,606.03 |
| | 02/05/24 | 200 | $4.3950 | $879.00 | | 02/20/24 | 200 | $4.3910 | | $878.20 |
| | 02/05/24 | 200 | $4.3650 | $873.00 | | 02/20/24 | 200 | $4.3550 | | $871.00 |
| | 02/05/24 | 100 | $4.3850 | $438.50 | | 02/20/24 | 121 | $4.3950 | | $531.80 |
| | 02/05/24 | 100 | $4.3590 | $435.90 | | 02/20/24 | 100 | $4.3650 | | $436.50 |
| | 02/20/24 | 16,329 | $4.7100 | $76,909.59 | | | | | | |
| | 02/20/24 | 12,383 | $4.6800 | $57,952.44 | | | | | | |
| | 02/20/24 | 2,695 | $4.6700 | $12,585.65 | | | | | | |
| | 02/20/24 | 1,941 | $4.6690 | $9,062.53 | | | | | | |
| | 02/20/24 | 1,900 | $4.6500 | $8,835.00 | | | | | | |
| | 02/20/24 | 1,800 | $4.6400 | $8,352.00 | | | | | | |
| | 02/20/24 | 1,800 | $4.6300 | $8,334.00 | | | | | | |
| | 02/20/24 | 1,724 | $4.6600 | $8,033.84 | | | | | | |
| | 02/20/24 | 999 | $4.6290 | $4,624.37 | | | | | | |
| | 02/20/24 | 1,000 | $4.6190 | $4,619.00 | | | | | | |
| | 02/20/24 | 900 | $4.6390 | $4,175.10 | | | | | | |
| | 02/20/24 | 886 | $4.6200 | $4,093.32 | | | | | | |
| | 02/20/24 | 700 | $4.7000 | $3,290.00 | | | | | | |
| | 02/20/24 | 622 | $4.6590 | $2,897.90 | | | | | | |
| | 02/20/24 | 475 | $4.6790 | $2,222.53 | | | | | | |
| | 02/20/24 | 262 | $4.6490 | $1,218.04 | | | | | | |
| | 02/20/24 | 100 | $4.6650 | $466.50 | | | | | | |
| | 02/20/24 | 100 | $4.6550 | $465.50 | | | | | | |
| | 02/20/24 | 100 | $4.6150 | $461.50 | | | | | | |
| | 02/27/24 | 25,212 | $4.6600 | $117,487.92 | | | | | | |
| | 02/27/24 | 8,779 | $4.6500 | $40,822.35 | | | | | | |
| | 02/27/24 | 4,386 | $4.6300 | $20,307.18 | | | | | | |
| | 02/27/24 | 2,700 | $4.6400 | $12,528.00 | | | | | | |
| | 02/27/24 | 615 | $4.6200 | $2,841.30 | | | | | | |
| | 02/27/24 | 500 | $4.6450 | $2,322.50 | | | | | | |
| | 02/27/24 | 480 | $4.6499 | $2,231.95 | | | | | | |
| | 02/27/24 | 203 | $4.6250 | $938.88 | | | | | | |
| | 02/27/24 | 160 | $4.6399 | $742.38 | | | | | | |
| | 02/27/24 | 160 | $4.6299 | $740.78 | | | | | | |
| | 02/29/24 | 10,438 | $4.8500 | $50,624.30 | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 149,056 | Total Amt. Paid in CP | $683,811.80 | Total Shares Sold in CP |  95,423  Total Amt. Sold in CP  $419,067.00 |
| | | | | Post CP Shares Sold  0  Post CP Amount Sold  $0.00 |
| | | | | Total Shares Sold to Current  95,423  Total Amt. Sold to Current  $419,067.00 ALTERNATIVE |

Actual Net Shares Acquired in CP  53,633 (CP Retained Shares)

Net Amount Paid in CP  $264,744.80
Net Amount Paid in CP Minus Sold to Current Date  $264,744.80 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)  53,633 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date  53,633 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $3.75

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $201,055.39
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $201,055.39 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  $63,689.41 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  $63,689.41
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  $63,689.41 ALTERNATIVE