# Exhibit D

## DECLARATION OF DOUGLAS BUCHAN IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Douglas Buchan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Evolv Technologies Holdings, Inc. ("EVLV" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.    I presently reside in Bartlett, Illinois.  I presently work in the health care industry as a director at a hospital. I earned a bachelor's degree in nursing science from Purdue University.  I have approximately 8 years of experience in managing my own investment portfolio.

3.    As set forth in my certification, during the Class Period I personally purchased a substantial amount of shares of EVLV, retained those shares through disclosures that allegedly caused the share price to drop significantly, and suffered substantial recoverable losses as a result. By virtue of my significant financial interest in the resolution of the Action I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.    Prior to seeking appointment as lead plaintiff in the Action, I spoke via phone and email with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed.  I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest.  If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary.  I further understand that I am not required to seek appointment as lead plaintiff in order to recover.  Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member.

5.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Hagens Berman Sobol Shapiro LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes I signed a retainer agreement with Hagens Berman Sobol Shapiro LLP and authorized the firm to file a lead plaintiff motion on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.  Executed on this 23rd day of May, 2024.

DOUGLAS BUCHAN