# Exhibit 3

**Evolv Loss Chart**
**Class Period: June 28, 2021 through March 13, 2024**

**Lookback Price**

3.04

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gerald Raby | 2/14/2024 | 9300 | ($5.25) | ($48,825.00) | 3/6/2024 | 9300 | $3.65 | $33,945.00 | 0 | $0.00 | ($14,880.00) |