**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD RABY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, and ADAM DEUTSCH,<br><br>Defendants. | Case No. 1:24-cv-10761-ADB<br><br>**CLASS ACTION** |

**MOTION OF OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND**
<u>**APPROVAL OF ITS SELECTION OF COUNSEL**</u>

Oklahoma Police Pension and Retirement System ("Oklahoma Police"), by and through its counsel, respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B) (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737 (the "PSLRA"), for entry of an Order: (i) appointing Oklahoma Police as Lead Plaintiff; and (ii) approving Oklahoma Police's selection of Berman Tabacco as Lead Counsel for the proposed Class (the "Motion").

This motion is made on the grounds that the Oklahoma Police is the most adequate plaintiff, as defined by the PSLRA, based on its financial interest in this litigation.  In addition, Oklahoma Police satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as its claims are typical of the other members of the Class and it will fairly and adequately represent the Class.

Further, Oklahoma Police has selected and retained counsel with substantial experience in prosecuting securities fraud class actions to serve as Lead Counsel for the class.

In support of its Motion, Oklahoma Police respectfully submits herewith: (1) the Memorandum of Law in support of the Motion; and (2) the Declaration of Steven J. Buttacavoli in support of the Motion (with supporting exhibits).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Oklahoma Police hereby requests oral argument on the instant Motion. Oklahoma Police believes that oral argument may assist the Court in adjudicating the Lead Plaintiff motions that Oklahoma Police anticipates will be filed in this action.

DATED: May 24, 2024

**BERMAN TABACCO**

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli (BBO #651440)
Patrick T. Egan (BBO #637477)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: sbuttacavoli@bermantabacco.com
      pegan@bermantabacco.com
      cgregg@bermantabacco.com

*Counsel for Movant Oklahoma Police Pension and Retirement System and Proposed Lead Counsel for the Proposed Class*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Local Rule 7.1(a)(2) requires counsel to certify that they have conferred and attempted in good faith to resolve or narrow the issues presented by the Motion.  Due to the PSLRA's Lead Plaintiff procedure, however, Oklahoma Police will not know which other class members, if any, will seek appointment as Lead Plaintiff until after class members have filed their respective motions.  Accordingly, Oklahoma Police respectfully requests that the Local Rule 7.1(a)(2) conference requirement be waived for this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli

3