**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD RABY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, and ADAM DEUTSCH,<br><br>    Defendants. | Case No. 1:24-cv-10761-ADB<br><br>**CLASS ACTION** |

**DECLARATION OF STEVEN J. BUTTACAVOLI IN SUPPORT OF THE MOTION OF OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Steven J. Buttacavoli, under the pains and penalties of perjury declare and say:

1.    I am a partner in the law firm of Berman Tabacco.  I submit this declaration in support of the Motion of the Oklahoma Police Pension and Retirement System ("Oklahoma Police") for appointment as Lead Plaintiff and approval of its selection of Berman Tabacco as Lead Counsel.

2.    Attached hereto as Exhibit 1 is a true and accurate copy of the notice published through *Business Wire*, a national business-oriented wire service, by the Rosen Law Firm, P.A., on March 25, 2024.

3.    Pursuant to Section 21D(a)(2) of the Exchange Act, 15 U.S.C. §78u-4(a)(2), attached hereto as Exhibit 2 is a true and correct copy of the Certification on behalf of Oklahoma Police pursuant to the Private Securities Litigation Reform Act of 1995 ("Oklahoma Police

Certification").  A table showing Oklahoma Police's Class Period trading in Evolv Technologies Holdings, Inc. ("Evolv") securities is attached to the Oklahoma Police Certification.

4.      Oklahoma Police suffered losses on its transactions in Evolv securities during the Class Period.  Attached hereto as Exhibit 3 is a table, prepared by counsel, calculating Oklahoma Police's losses.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Berman Tabacco.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of May, 2024, in Boston, Massachusetts.


*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli