EXHIBIT 3

**Evolv Technologies Holdings Inc.**
**Common Stock cusip (30049H102)**
**Loss Analysis**

**Class Period**: 06/28/21-03/13/24
**$3.7671** Average Price 03/14/24-05/23/24
**Shareholder**: Oklahoma Police Pension & Retirement System

| Trade Date | Transaction | Shares Bought | Shares Sold | Shares Remaining | Trade Price Per Share | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| **Net Analysis** | | | | | | | |
| 02/13/24 | PURCHASE | 61,854 | | 61,854 | $5.6086 | ($346,914.28) | $0.00 |
| 02/13/24 | PURCHASE | 66,341 | | 128,195 | $5.5020 | ($365,008.12) | $0.00 |
| | | | | | | | |
| Totals: | | 128,195 | 0 | | | ($711,922) | $0 |
| Net Shares Purchased: | | | 128,195 | | | | |
| Net Expenditures: | | | ($711,922) | | | | |

| Trade Date | Transaction | Shares Bought | Shares Sold | Shares Remaining | Trade Price Per Share | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| **FIFO** | | | | | | | |
| 06/27/21 | Holdings | | | 0 | | | |
| 02/13/24 | PURCHASE | 61,854 | | 61,854 | $5.6086 | ($346,914.28) | $0.00 |
| 02/13/24 | PURCHASE | 66,341 | | 128,195 | $5.5020 | ($365,008.12) | $0.00 |
| 05/10/24 | SALE- Post CP | | (58,324) | 69,871 | $3.9940 | $0.00 | $232,946.06 |
| | | | | | | | |
| Totals: | | 128,195 | (58,324) | | | ($711,922) | $232,946 |
| Shares Held: | | | 69,871 | | | | |
| Shares Held x $3.7671: | | | $263,211 | | | | |
| Total (Cost)/Proceeds: | | | ($478,976) | | | | |
| Total FIFO Loss: | | | ($215,765) | | | | |

| Trade Date | Transaction | Shares Bought | Shares Sold | Shares Remaining | Trade Price Per Share | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| **LIFO** | | | | | | | |
| 06/27/21 | Holdings | | | 0 | | | |
| 02/13/24 | PURCHASE | 61,854 | | 61,854 | $5.6086 | ($346,914.28) | $0.00 |
| 02/13/24 | PURCHASE | 66,341 | | 128,195 | $5.5020 | ($365,008.12) | $0.00 |
| 05/10/24 | SALE- Post CP | | (20,316) | 107,879 | $3.9940 | $0.00 | $81,142.10 |
| | | | | | | | |
| Totals: | | 128,195 | (20,316) | | | ($711,922) | $81,142 |
| Shares Held: | | | 107,879 | | | | |
| Shares Held x $3.7671: | | | $406,391 | | | | |
| Total (Cost)/Proceeds: | | | ($630,780) | | | | |
| Total LIFO Loss: | | | ($224,389) | | | | |