**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| GERALD RABY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-10761-ADB |
| Plaintiff, | Hon. Allison D. Burroughs |
| v. | **CLASS ACTION** |
| EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, and ADAM DEUTSCH, | |
| Defendants. | |

**DECLARATION OF PATRICK T. EGAN IN SUPPORT OF OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM'S OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF**

I, Patrick T. Egan, under the pains and penalties of perjury declare and say:

1.     I am a partner in the law firm of Berman Tabacco.  I submit this declaration in support of the Memorandum of Law of the Oklahoma Police Pension and Retirement System ("Oklahoma Police") in Opposition to Competing Motions for Lead Plaintiff.

2.     Attached hereto as **Exhibit 1** is a true and accurate copy of Evolv Technologies Holdings, Inc.'s ("Evolv") Current Report on Form 8-K, filed with the U.S. Securities & Exchange Commission ("SEC") on July 22, 2021, which I directed a member of my staff to download, and which                           is                           available                           at https://www.sec.gov/Archives/edgar/data/1805385/000110465921094890/tm2122761d1_8k.htm.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of the LinkedIn profile page of Robert Falk, captured on June 3, 2024, which I directed a member of my staff to download, and which is available at https://www.linkedin.com/in/robert-falk-51b75a3/.

4.      Attached hereto as **Exhibit 3** is a true and accurate copy of the Order Appointing Lead Plaintiffs and Approving Their Selection of Lead Counsel [Dkts. 10, 13, 17, 21, 55], filed in *Butala v. Owlet, Inc., et al.*, No. 2:21-cv-09016-FLA (JEMx) (C.D. Cal. Sept. 8, 2023), ECF No. 63, which I directed a member of my staff to download.

5.      Attached hereto as **Exhibit 4** is a true and accurate copy of the SEC's *What You Need to Know about SPACs—Updated Investor Bulletin* webpage dated May 25, 2021, which I directed a member of my staff to download, and which is available at https://www.sec.gov/oiea/investor-alerts-and-bulletins/what-you-need-know-about-spacs-investor-bulletin.

6.      Attached hereto as **Exhibit 5** is a true and accurate copy of excerpted pages from NewHold Investment Corp's Annual Report on Form 10-K, filed with the SEC on March 25, 2021, which I directed a member of my staff to download, and which is available at https://www.sec.gov/Archives/edgar/data/1805385/000121390021017699/f10k2020_newholdinvest.htm.

7.      Attached hereto as **Exhibit 6** is a true and accurate copy of NewHold Investment Corp.'s press release titled *Evolv Technology Publicly Listed on the NASDAQ Under Symbol EVLV* issued on July 19, 2021, which I directed a member of my staff to download, and which is available at https://www.evolvtechnology.com/resources/press-releases/evolv-technology-publicly-listed-on-the-nasdaq-under-symbol-evlv.

8.      Attached hereto as **<u>Exhibit 7</u>** is a true and accurate copy of the NASDAQ Trader's webpage titled *Equity Corporate Actions Alert #2021 – 138, Information Regarding the Business Combination of NewHold Investment Corp. (NHIC/W/U) and Evolv Technologies, Inc.*, dated July 16, 2021, which I directed a member of my staff to download, and which is available at https://nasdaqtrader.com/TraderNews.aspx?id=ECA2021-138.

9.      Attached hereto as **<u>Exhibit 8</u>** is a true and accurate copy of excerpted pages from the Agreement and Plan of Merger by and among Evolv Technologies, Inc., NewHold Investment Corp., and NHIC Sub Inc., filed with the SEC on March 8, 2021 as Exhibit 2.1 to the Current Report on Form 8-K, which I directed a member of my staff to download, and which is available at       https://www.sec.gov/Archives/edgar/data/1805385/000121390021013856/ea137148ex2-1_newholdinves.htm.

10.      Attached hereto as **<u>Exhibit 9</u>** is a true and accurate copy of excerpted pages from NewHold Investment Corp.'s Prospectus, filed with the SEC on June 28, 2021 pursuant to Rule 424(b)(3), which I directed a member of my staff to download, and which is available at https://www.sec.gov/Archives/edgar/data/1805385/000121390021034329/f424b30621_newholdinv.htm.

11.      Attached hereto as **<u>Exhibit 10</u>** is a true and accurate copy of NewHold Investment Corp.'s Current Report on Form 8-K, filed with the SEC on March 8, 2021, which I directed a member of my staff to download, and which is available at https://www.sec.gov/Archives/edgar/data/1805385/000121390021013856/ea137148-8k_newholdinves.htm.

12.      Attached hereto as **<u>Exhibit 11</u>** is true and accurate copy of Evolv's About Us webpage, archived by the Internet Archive's WayBack Machine from January 21, 2019, which I

directed a member of my staff to download, and which is available at https://web.archive.org/web/20190121172655/https:/evolvtechnology.com/about-us/#our-team.

13.    Attached hereto as **Exhibit 12** is a true and accurate screenshot of the "Following" tab on Robert Falk's X (formerly known as Twitter) account, captured on June 3, 2024, which I directed a member of my staff to download, and which is available at https://twitter.com/falkro/following.

14.    Attached hereto as **Exhibit 13** is a true and accurate copy of excerpted pages from Evolv's webpage for Anil Chitkara, captured on June 3, 2024, which I directed a member of my staff to download, and which is available at https://www.evolvtechnology.com/author/anil-chitkara.

15.    Attached hereto as **Exhibit 14** is a true and accurate copy of excerpted pages from Evolv's webpage for Mike Ellenbogen, captured on June 3, 2024, which I directed a member of my staff to download, and which is available at https://www.evolvtechnology.com/author/mike-ellenbogen.

16.    Attached hereto as **Exhibit 15** is a true and accurate screenshot of Robert Falk's LinkedIn post published 6 years ago, which I directed a member of my staff to download, and which is available at https://www.linkedin.com/posts/robert-falk-51b75a3_this-is-the-future-you-can-choose-to-activity-6317657038759485440-JwUn/.

17.    Attached hereto as **Exhibit 16** is a true and accurate screenshot of Robert Falk's LinkedIn post published 1 year ago, which I directed a member of my staff to download, and which is available at https://www.linkedin.com/posts/robert-falk-51b75a3_the-latest-school-weapons-detection-tech-activity-7026640661890101248-E28A.

///

///

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of June, 2024, in Boston, Massachusetts.

*/s/ Patrick T. Egan*
Patrick T. Egan

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ Patrick T. Egan*
Patrick T. Egan

6