# EXHIBIT 2

       

Home    My Network    Jobs    Messaging    Notifications    Me ▾    For Business ▾    **PREMIUM** Try Premium for $0



## Robert Falk · 3rd

VP Business Development at TraceTech Security

-  TraceTech Security
-  American Management Association

Châtel-Saint-Denis, Fribourg, Switzerland · **Contact info**

**500+ connections**

Message    + Follow    More

## About

Experienced multi-cultural international sales executive with a proven track record of success in the detection industry.

## Activity

535 followers

Posts    Comments    Images

**Robert Falk** reposted this • 3w

 

3 comments

**Robert Falk** reposted this • 3w

 I think it's high time to stop the BS that has been going on for way too long! Since when is the free world supposed to negotiate with a bunch of thugs who kidnapped innocent civilians and who are holdin ...show more

  4

6 comments

**Robert Falk** posted this • 1mo

Don't be fooled. The chaos in US universities is not a coincidence nor it is a spontaneous demonstration of some isolated students. It was planned, financed and orchestrated by terror organizations backed by states that have a clear i ...show more

  2

Show all posts →

## Experience

 **Vice President of Business Development**
TraceTech Security · Full-time
Dec 2022 - Present · 1 yr 7 mos
Fribourg, Switzerland · Remote

Automatic sampling for ETD's


**Self Employed Security & Detection Expert**
Bob Falk Consulting · Self-employed
May 2020 - Dec 2022 · 2 yrs 8 mos
Vaud, Switzerland


**VP of Sales & Business Development**
Liberty Defense
Jul 2019 - May 2020 · 11 mos
Greater Atlanta Area

Liberty Defense introduces HEXWAVE, the next generation body scanner
that can detect weapons and explosives and secure public venue  ...see more


**Director of International Sales**
Evolv Technology
Jan 2016 - Apr 2019 · 3 yrs 4 mos
Moudon, Switzerland


**Managing Director international Sales**
Passport Systems
Jul 2013 - Feb 2016 · 2 yrs 8 mos
Lausanne Area, Switzerland

Passport Systems produces and markets the next generation automated
cargo screening systems and networked radiation detectors.

Show all 9 experiences →

## Education


**American Management Association**
Business Management
1987 - 1988

## Skills

**Cross-functional Team Leadership**

 Endorsed by 2 colleagues at Evolv Technology

👥 19 endorsements

**Business Development**

Endorsed by David Gibor and 1 other who is highly skilled at this

Endorsed by 4 colleagues at Evolv Technology

👥 44 endorsements

Show all 15 skills →

## Recommendations

**Received**    Given


**Jonathan Portny, MBA, PMP** · 3rd
Management & Strategy Consultant | Author of Project Management for
Dummies, 6th Edition
February 2, 2011, Robert was senior to Jonathan but didn't
manage Jonathan directly

Bob is truly an expert in the aviation security field and one of the best sales
professionals I have encountered (in any field). Above all else, Bob always
dealt with everyone with the utmost respect and courtesy; it was a real
pleasure to work closely with Bob while he was accountable for growing
Reveal Imaging's presence in the EMEA market.



**LeeAnn Levesque** · 3rd

Chief Diversity Officer, CEO, President, General Manager, Vice Chair, VP Business Development, Advisory Board Member

March 13, 2007, LeeAnn was Robert's client

Bob is very knowledgeable in the field of aviation security. Bob understands the European and Middle Eastern markets well.

## Languages

**English**

**French**

Show all 3 languages →

## Interests

**Top Voices**    Companies



**Ryan Reynolds** in

Part-Time Actor, Business Owner

3,245,169 followers

+ Follow

## Other similar profiles



**John Blaskovich** · 3rd

CEO MedEast Bionics

+ Follow



**Yoseph Haddad** · 3rd

CEO - Together Vouch For Each Other

View profile



**Peggy Hopkins** · 3rd+

--

 Message



**Laura Schroeder** in · 3rd

Vertical Account Manager, Education

View profile



**Adil A.** · 3rd

Managing Founder

+ Follow

Show all

## Grow your network

Premium peer suggestions



**Karen Ward** in · 2nd

Sr. Talent Acquisition

Connect



**Veronica Andre** in · 3rd
Leader, Regulatory Compliance

View profile

**People you may know**

**Hugo Kobayashi**
Presentation Specialist/artist/graphic artist/video editor

Connect

**Sean Rudolph**
Paralegal/ Office Assistant at Robert Half Legal

Connect

**Margaret Boitano, CPA, CPC-A**
at Westwind Research Ltd.

Connect

**Marlee Leo, M.S.**
Director of Investigations at Massachusetts Attorney General's Office

Connect

**Julie Bai**
CPA/Attorney

Connect

Show all