# EXHIBIT 7

 Nasdaq

🏠 **Home**

| U.S. Market | Trading Products | Market Data | Connectivity | Regulation | Market Statistics | News | Support | 🔒 Product Login |
|---|---|---|---|---|---|---|---|---|

**Friday, July 16, 2021**

## Equity Corporate Actions Alert #2021 - 138
### Information Regarding the Business Combination of NewHold Investment Corp. (NHIC/W/U) and Evolv Technologies, Inc.

**Category:**

📋 Industry Announcement

**Markets Impacted:**

📋 **The Nasdaq Stock Market**

**Contact Information:**

📋 **Nasdaq Corporate Data Operations** at +1 877 308 0523
📋 **Nasdaq Trading Services** at +1 212 231 5100

**Resources**

📋 **Press Release**

The business combination of NewHold Investment Corp. (NHIC/W/U) and Evolv Technologies, Inc. became effective today, Friday, July 16, 2021. Following the completion of the business combination, the company's Class A Common stock (NHIC), Warrant (NHICW), and Unit (NHICU) will undergo a change of name, symbol, and CUSIP number. These actions will become effective on Monday, July 19, 2021.

The details of the name, symbol, & CUSIP changes are follows:

| | |
|---|---|
| **Current Company Name & Issue Type:** | NewHold Investment Corp. Class A Common Stock |
| **New Company Name & Issue Type:** | Evolv Technologies Holdings, Inc. Class A Common Stock |
| **Current CUSIP:** | 651448102 |
| **New CUSIP:** | 30049H102 |
| **Current Symbol:** | NHIC |
| **New Symbol:** | EVLV |
| **Marketplace Effective Date:** | Monday, July 19, 2021 |

| | |
|---|---|
| **Current Company Name & Issue Type:** | NewHold Investment Corp. Warrant |
| **New Company Name & Issue Type:** | Evolv Technologies Holdings, Inc. Warrant expiring 07/16/2026 |
| **Current CUSIP:** | 651448110 |
| **New CUSIP:** | 30049H110 |
| **Current Symbol:** | NHICW |
| **New Symbol:** | EVLVW |
| **Marketplace Effective Date:** | Monday, July 19, 2021 |

| | |
|---|---|
| **Current Company Name & Issue Type:** | NewHold Investment Corp. Unit |
| **New Company Name & Issue Type:** | Evolv Technologies Holdings, Inc. Unit |
| **Current CUSIP:** | 651448201 |
| **New CUSIP:** | 30049H201 |
| **Current Symbol:** | NHICU |
| **New Symbol:** | EVLVU |
| **Marketplace Effective Date:** | Monday, July 19, 2021 |

If you would like to register as a market maker in EVLV, EVLVW or EVLVU, contact **Nasdaq Trading Services** at +1 212 231 5100.

**Email Alert Subscriptions:**
Nasdaq offers customers the ability to self select news delivery across various Nasdaq markets. Create and maintain a profile for updating alert preferences and contact information. Visit the **enrollment form** on the Nasdaq Trader website and sign up today! Please note that if you choose to unsubscribe from an email list, you may no longer receive potentially critical emails from the NASDAQ Stock Market regarding Nasdaq's trading and data products, regulatory issues or marketplace initiatives. To unsubscribe, also click on the **enrollment form**

Please follow Nasdaq on f**Facebook** 📶 **RSS** and t**Twitter**.

Nasdaq (Nasdaq: NDAQ) is a leading global provider of trading, clearing, exchange technology, listing, information and public company services. Through its diverse portfolio of solutions, Nasdaq enables customers to plan, optimize and execute their business vision with confidence, using proven technologies that provide transparency and insight for navigating today's global capital markets. As the creator of the world's first electronic stock market, its technology powers more than 90 marketplaces in 50 countries, and 1 in 10 of the world's securities transactions. Nasdaq is home to approximately 3,900 total listings with a market value of approximately $13 trillion. To learn more, visit: **business.nasdaq.com**.

View NASDAQTrader.com Mobile

**Nasdaq Trader Popular Sections:**
Performance Statistics
Email Sign-Up

© Copyright
Disclaimer
Trademarks
Privacy Statement
Contact Us
Help
Feedback
Share