# EXHIBIT 11

# About Us | Evolv Technology

web.archive.org/web/20190121172655/https:/evolvtechnology.com/about-us

This website stores cookies on your computer. These cookies are used to collect information about how you interact with our website and allow us to remember you. We use this information in order to improve and customize your browsing experience and for analytics and metrics about our visitors both on this website and other media. Find out more about our cookie policy and privacy policy.

AcceptDecline

## Setting a new security agenda

While some have accepted terror as the new normal, we at Evolv Technology have not. The inefficiencies and ineffectiveness of today's security measures are unacceptable, and we exist to change that.

In 2013, led by Mike Ellenbogen and Anil Chitkara, we set out on our mission to make the world a safer place. We assembled a multi-disciplinary team of experts to identify, invent and apply new technologies to create a solution that meets the challenges in this ever-changing threat landscape. Combining powerful sensors, artificial intelligence, and human IQ, like nothing before it, we created the Evolv security platform. Both scalable and adaptable, it was built for today's increasingly dangerous world, and introduces a proactive approach to security that shatters the status quo.

Guided by the belief that everyone has a fundamental right to security, we continue to build on the most advanced threat detection system the world has ever known.

Meet The Team



Michael Ellenbogen

Leadership Team



Anil Chitkara

Leadership Team



Becky Zehr

Leadership Team



Richard Abraham



Sean David Baker



Sergey Bebenin



Stephanie Bellistri



Chris Cahill



Jeff Cahill



Melissa Cohen



Peter Conway



Rick Couto



Bob Falk



Chuck Fertitta



Marco Gilardoni



Jim Hamilton



Jake Izikson



Ersel Karbeyaz



Liza Knapp



Lorena Kreda



Nicholas Leary



Mark Lombardi



Peter Lorenz



Allison MacHaffie



Michele MacDonald



Bill McAteer



Chris McLaughlin



Shreyaswi Mallesh

Sandi Marcus



Michael Martin



Christine Masterson



Ramesh Nathan



Olesya Peshko

Kevin Phelan



Brice Rive



Alec Rose



Neil Sandhoff



Ken Sparks



Kenny Stewart



Richard Stuart



Brandon Wolfe

Meet Our Board And Advisors



Alan Cohen

Board Member



David Orfao

General Catalyst



Juliette Kayyem

Former DHS



David Cohen

Former CIA, NYPD



John Pistole

Former FBI, TSA



Bilal Zuberi

Lux Capital



Mark Sullivan

Former US Secret Service
INVESTORS

- 
- Bill Gates



- 
- 
- 

JOIN OUR TEAM

We're always seeking talented individuals who want to join us on our mission. If you don't see a role listed that matches your experience, please submit your resume and cover letter to info@evolvtechnology.com.

CURRENT OPENINGS

- Field Service Manager
- Principal Software Engineer
- Sales Executive
- Technical Product Manager

View all openings
Corporate Headquarters

Evolv Technology
|

200 West StreetWaltham, MA 02451 USA| info@evolvtechnology.com (781) 374-8100
Contact Us