# EXHIBIT 12



X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

🗒️ Lists

🔖 Bookmarks

👥 Communities

✖️ Premium

👤 Profile

⊙ More

**Post**

← **Bob Falk**
@falkro

Verified Followers        Followers        **Following**

**Darius Rochebin** ✔️
@DariusRochebin                                    **Follow**
#Le20hdeDariusRochebin et le Grand Entretien

**Evolv Technology**
@EvolvTechnology                                   **Follow**
The leading security technology company pioneering AI-based weapons
screening to create safer experiences. #MakeEverywhereSafer

**Liberty Defense**
@LibDefense                                        **Follow**
Liberty's mission is to protect the safety of communities and preserve
peace of mind with next-generation concealed weapons detection
solutions. $SCAN.V $LDDFF

**Anil Chitkara**
@achitkara                                         **Follow**
Co-Founder @evolvtechnology. Changing the world we live in to make it
safer. #makingsecurityhuman #MakeEverywhereSafer

**Brendan McCord** 🏛️ x 🤖 ✔️
@mbrendan1                                         **Follow**
Founder & chief techno-humanist @Cosmos_Inst, committed to
strengthening intellectual autonomy, reason, & the principles of a free
society in the age of AI

**Michael Ellenbogen**
@MikeEllenbogen                                    **Follow**
CEO and co-founder of Evolv Technology. Physical security expert and
former co-founder of Reveal Imaging.

**John Falk**
@john_falk42                                       **Follow**
Freshman at Baldwin Wallace University, Football player

**Tom Hughes**
@thughes31                                         **Follow**

**Passport Systems Inc**
@PassportInc                                       **Follow**
Next generation non-intrusive inspection products to protect people,
borders, and economies while increasing the efficiency of commerce.

**footvaud.ch**
@footvaud                                          **Follow**
Toute l'actualité du football vaudois! Portraits, interviews et compte-rendus
de matches.

**John Jones** 🔒
@jjones26                                          **Follow**

**Kevin Falk**
@ComeonK48                                         **Follow**

**Wolf Blitzer** ✔️
@wolfblitzer                                       **Follow**
I anchor CNN's The Situation Room (@CNNSitRoom) Weekdays 6PM ET
and have a front row seat to history.

**Richard Bijjani**
@RichardBijjani                                    **Follow**
Entrepreneur, Technologist, Parent, Husband, Musician

🔍 Search



**What's happe**

**The Ji**
Sports

Politics · Trending
**Wuhan**
32.8K posts

Trending in United Sta
**Real ID**
14.2K posts

Trending in United Sta
**sabrina**
70.7K posts

Politics · Trending
**COVID-19**
97.1K posts

Show more

**Who to follow**

**Bloomberg**
@markets

**Farella Bra**
@FarellaBra

**Financial Ti**
@FT

Show more

Terms of Service    Priv
Accessibility    Ads inf

**Berman Tabacco**
@BermanTabacco

# X

Entrepreneur, Technologist, Parent, Husband, Musician

**John Sanders**
@JPS_Hawkeyes
Follow

**CNNgo** ✓
@CNNgo
Follow

CNN at your fingertips. Watch what you want, when and where you want on @CNNgo.

**CNN Breaking News** ✓
@cnnbrk
Follow

Breaking news from CNN Digital. Check @cnn for all things CNN, breaking and more. Download the app for custom alerts: cnn.com/apps

**BBC Breaking News** 🏅 🔲
@BBCBreaking
Follow

Breaking news alerts and updates from the BBC. For news, features, analysis follow @BBCWorld (international) or @BBCNews (UK). Latest sport news @BBCSport.

## Home

## Explore

## Notifications

## Messages

## Grok

## Lists

## Bookmarks

## Communities

## Premium

## Profile

## More

**Post**

**Berman Tabacco**
@BermanTabacco