# EXHIBIT 13









in

# Anil Chitkara

**Founder, Chief Growth Officer**

Anil Chitkara is a member of the Evolv Technology Executive Leadership Team, where he serves as Chief Growth Officer. Anil co-founded the company along with Mike Ellenbogen in August 2013, having met previously at General Catalyst. His impressive background includes executive positions at Oco, Inc, PTC, and Accenture. Anil served as an Executive-in-Residence for General Catalyst, where he developed market entry and revenue growth strategies prior to founding Evolv Technology. He has proven expertise in the development of analytic business cloud applications, product marketing, and business strategy. Anil holds a Bachelor of Science from Boston University, as well as an MBA from The Tuck School of Business at Dartmouth.

