# EXHIBIT 14







 **in**

# Mike Ellenbogen

**Founder, Chief Innovation Officer**

Mike Ellenbogen is a member of the Evolv Technology Executive Leadership Team, where he serves as Chief Innovation Officer. Mike co-founded the company along with Anil Chitkara in August 2013. Mike is a veteran of the physical security and detection industry, serving as an executive for companies including PerkinElmer, Vivid Technologies, and General Catalyst. His past work includes founding and serving as Chief Executive Officer of Reveal Imaging Technologies, where he helped revolutionize the X-ray imaging and automated detection technologies for the security industry. Prior to founding Evolv, he and Anil served as Executives in Residence (EIR) at General Catalyst Partners, focusing on investing in early-stage hardware and software companies in analytical instruments, sensors and related services markets. Mike holds a bachelor's degree in physics from Colgate University. He holds nineteen patents in the field of X-ray inspection and automated detection technology and is well-known as a leader within the security industry.

