# EXHIBIT 15

 





**Robert Falk**

VP Business Development at TraceTech Security

+ Follow

**View full profile**

 **Robert Falk** • 3rd+                    **+ Follow**   ⋯
VP Business Development at TraceTech Security
6yr • 🌐

This is the future ...! You can choose to EVOLV or just get another metal detector that won't find non metallic threats 🐯 the future is now ✅



👍 49                                    2 comments • 3 reposts

**Reactions**

         +41

 ▾               Like

               Repost
Comment



**Send**

Add a comment...

Most relevant ▾

**Leslie Riffle** • 3rd+                                                6y •••
M.Ed. Special Education

Wow......crossing fingers...I'm bracelet girl ........not taking them and being
wanted make 'me remove takes 100%more time .....i have ata # and retired
badge..........really I'm really into perks❤️❤️❤️❤️👍👍👍LR😎👑👑☁️US🙏

Like    |    Reply

**Mohammad AL shara** • 3rd+                                          6y •••
Sales Manager في Nili communication

Good Luck. Look very nice specialy with its abilities

Like    |    Reply