# EXHIBIT 16



Home  My Network  Jobs  Messaging  Notifications  Me  | For Business   **PREMIUM** Try Premium for $0



**Robert Falk**

VP Business Development at TraceTech Security

+ Follow

View full profile

---

 **Robert Falk** • 3rd+                                    **+ Follow** ⋯

VP Business Development at TraceTech Security

1yr • 🌐

100% security does not exist. Good weapons detection systems can find knives ✎ of a certain size. Why bother finding small items that won't cause mass casualties. If you tweak detection too high, the cost is a huge % of FA's and discomfort to visitors. This is the philosophy that airports use around the world when it comes to 100% screening of hold baggage which is entirely done by sophisticated CT scanners where only alarmed bags are subject to secondary inspection / human intervention. It's always a balance between reasonable risk and moving people safely at the pace of life.

---

 **Dr. Kenneth S. Trump** • 3rd+                        **+ Follow**

School Safety, Security, Emergency-Crisis Consultant I Litigation Expert ...

1yr • 🌐

Superintendents, school boards, and other school leaders need to be educated consumers. One school district stopped using a $3.7 million weapons detection system following a stabbing with a knife that was reportedly brought through the system. High false positives, Chromebooks held over students heads or passed around detectors, and other limitations require educators to know what questions to ask beyond the sales pitch.

Simply put, as I commented in the story below, "if you're telling me that you're selling a weapons detection system, I would expect it to detect more than guns."

As artificial intelligence (AI) products get introduced into school settings students, parents, and educators should know the limitations up-front so they do not have a false sense of security.

New products may process more students faster than traditional metal detectors and solve school board, superintendent, and principal political and PR problems, but it does not mean they will solve their school safety problems.

Learn more below in the investigative story below...

#schoolsecurity #schoolsafety #sros #schoolshootings #superintendents #schoolboards #principals





**The Latest School 'Weapons Detection' Tech Can Miss Serious Threats, Experts Say**
the74million.org

3                                                                1 comment

Reactions

👍 Like

💬 Comment                                      🔁 Repost

✈ Send

Add a comment...

Most relevant ▾

**Cenap Şişmanoğlu** • 3rd+                          1y •••
Franklin Security Solutions Est 1956

Security Managers needs to be more educated regarding which metal detectors can able to detect both Ferrous and Non Ferrous metals , Size of the metal is another weakness of check points systems. TSA and ECAC approved Metal detection systems is must .

Like · 1  |  Reply

About    Accessibility    Help Center    Privacy & Terms ▾    Ad Choices    Advertising
Business Services ▾    Get the LinkedIn app    More

**Linked in** LinkedIn Corporation © 2024