## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD RABY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, and ADAM DEUTSCH,<br><br>    Defendants. | Case No. 1:24-cv-10761-ADB |

**ROBERT FALK'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN RESPONSE TO THE OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM'S OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF**

Pursuant to Local Rule 7.1(b)(3), Lead Plaintiff Movant Robert Falk ("Falk") hereby moves for leave to file a reply, and supporting declaration of Falk, in response to the Memorandum of Law of Oklahoma Police Pension and Retirement System (the "Retirement System") in Opposition to Competing Motions for Lead Plaintiff (Dkt. No. 24, "RS Opposition").

The proposed reply is necessary to address the Retirement System's arguments raised in the RS Opposition. Under the relevant statute, Falk is the presumptively most adequate lead plaintiff since he has, by far, the largest financial interest, claiming a loss of $675,707. In its opposition memorandum, the Retirement System makes numerous arguments that require a response so that the Court can have the full picture. The Retirement System attempts to rebut the presumption that Falk is the most adequate plaintiff by arguing incorrectly that Falk is not a class member, that Falk is subject to unique reliance defenses because he acquired shares in the SPAC merger and because he used to work for Evolv Technologies, Inc. ("Legacy Evolv"), and on the purported basis that Falk did not "purchase" the Company's stock. Each of these attacks are legally and factually baseless and are concisely addressed in the proposed reply.

Accordingly, Falk respectfully requests that the Court grant leave to file the proposed short reply, and accompanying declaration of Falk, attached hereto as Exhibit A.

Respectfully submitted,

DATED: June 17, 2024

**ANDREWS DEVALERIO LLP**

By:  *s/ Daryl Andrews*
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: (617) 999-6473
Email: glen@andrewsAndrews.com
        daryl@andrewsAndrews.com

1

*Liaison Counsel for Robert Falk and Proposed*
*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Robert Falk and Proposed Lead*
*Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Daryl Andrews*
Daryl Andrews