**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD RABY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, and ADAM DEUTSCH<br><br>        Defendants. | Case No. 1:24-cv-10761 (ADB)<br><br>Hon. Allison D. Burroughs<br><br>**CLASS ACTION** |

**OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM'S MOTION**
**FOR LEAVE TO FILE A MEMORANDUM OF LAW IN RESPONSE**
**TO ROBERT FALK'S REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(b)(3), proposed Lead Plaintiff Oklahoma Police Pension and Retirement System ("Oklahoma Police") hereby moves for leave to file a response to Robert Falk's Reply Memorandum of Law in Response to Oklahoma Police's Opposition to Competing Motions for Lead Plaintiff (ECF No. 31) ("Falk Reply").

Under the relevant statute, Oklahoma Police is the presumptively most adequate lead plaintiff since it is the movant with the largest financial interest in this litigation that is also able to meet the adequacy and typicality requirements of Rule 23 of the Federal Rules of Civil Procedure.  This proposed response will provide Oklahoma Police an opportunity to address the legal arguments and unsupported factual assertions in the Falk Reply.

Accordingly, Oklahoma Police respectfully requests that the Court grant it leave to file the proposed short response attached hereto as Exhibit A.

DATED: June 21, 2024                    **BERMAN TABACCO**

_/s/ Patrick T. Egan_
Patrick T. Egan (BBO #637477)

Steven J. Buttacavoli (BBO #651440)
Jay Eng (BBO #569562)
Christina L. Gregg (BBO #709220)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email:  sbuttacavoli@bermantabacco.com
        pegan@bermantabacco.com
        jeng@bermantabacco.com
        cgregg@bermantabacco.com

Michael Dark (_Pro Hac Vice_)
425 California St., Ste 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Email: mdark@bermantabacco.com

_Counsel for Movant Oklahoma Police Pension and Retirement System and Proposed Lead Counsel for the Proposed Class_

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ Patrick T. Egan*

Patrick T. Egan

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify, pursuant to Local Rule 7.1(a)(2), that I have made an effort to confer with counsel for Defendants and Movant Falk by e-mail regarding this motion.  Counsel for Defendants responded to state that Defendants do not oppose this motion, and Counsel for Falk did not respond to indicate a position as of the date of this filing.

.

Dated: June 21, 2024                    */s/ Patrick T. Egan*

Patrick T. Egan

2