**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD RABY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, AND ADAM DEUTSCH,<br><br>Defendants. | Civil Action No. 1:24-cv-10761-ADB |

**MOTION TO CONSOLIDATE RELATED ACTIONS**
**AND TO VACATE LEAD PLAINTIFF DEADLINE**

**PLEASE TAKE NOTICE** that Lead Plaintiff Robert Falk ("Lead Plaintiff" or "Falk") respectfully moves this Court for an order: (1) to consolidate the related action *Buchan v. Evolv Technologies Holdings, Inc. et al*, No. 1:24-cv-12768 (D. Mass.) (the "*Buchan* Action") into the above captioned action, *Raby v. Evolv Technologies Holdings, Inc. et al.*, 1:24-cv-10761-ADB (D. Mass.); and (2) to vacate or strike the December 31, 2024 lead plaintiff deadline noticed in the *Buchan* Action.

Falk seeks consolidation pursuant to the Federal Rules of Civil Procedure Rule 42(a), and the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). This motion is based on this notice, the attached memorandum of law, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Local Rule 7.1(a)(2) requires that counsel certify that they have met and conferred to resolve or narrow the issue prior to filing motions. Counsel for Falk conferred with counsel for Douglas Buchan and counsel for Defendants. Buchan opposes the motion, and Defendants take no position at this time.

Respectfully submitted,

Dated: November 13, 2024

/s/ *Daryl Andrews*
**ANDREWS DEVALERIO LLP**
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: (617) 999-6473
Email: glen@andrewsdevalerio.com
            daryl@andrewsdevalerio.com

*Liaison Counsel for Lead Plaintiff Robert Falk and*
*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Casey E. Sadler (admitted *pro hac vice*)

1

Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Robert Falk and Lead
Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s_Daryl Andrews*_____
Daryl Andrews

.