**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD RABY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, and ADAM DEUTSCH,<br><br>Defendants. | Civil Action No. 1:24-cv-10761-ADB |

**[PROPOSED] ORDER**

Having considered the Motion of Robert Falk to Consolidate Related Actions And To Vacate Lead Plaintiff Deadline (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Raby v. Evolv Technologies Holdings, Inc. et al.*, 1:24-cv-10761-ADB (D. Mass.) and *Buchan v. Evolv Technologies Holdings, Inc. et al*, No. 1:24-cv-12768 (D. Mass.) are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re EVOLV TECHNOLOGIES HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 1:24-cv-10761-ADB <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) | |

    a. The file in Case No. 1:24-cv-10761-ADB shall be the master file for every action in the consolidated action. The docket in the other action shall be administratively closed. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

    b. All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative

class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

3.    The December 31, 2024 lead plaintiff deadline noticed in the *Buchan* Action is hereby vacated.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE

2