## SWORN CERTIFICATION OF PLAINTIFF
## EVOLV TECHNOLOGIES HOLDINGS, INC. (EVLV) SECURITIES LITIGATION

I, Robert Falk, certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2. I did not purchase the Evolv Technologies Holdings, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Evolv Technologies Holdings, Inc. securities during the period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11/15/2024                           *Robert Falk*
Date                                  Robert Falk

**Robert Falk's Transactions in Evolv Technologies Holdings, Inc. (EVLV)**

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/16/2021 | Received [1] | 116,877 | $9.5500 |
| 1/14/2022 | Transferred Out | -116,877 | |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/14/2022 | Transferred In | 116,877 | |
| 6/29/2022 | Sold | -4,800 | $2.4388 |
| 10/31/2022 | Sold | -2,077 | $2.9100 |
| 11/11/2022 | Sold | -9,436 | $3.4339 |
| 11/11/2022 | Sold | -564 | $3.4500 |
| 1/24/2023 | Sold | -5,000 | $2.8600 |
| 2/7/2023 | Sold | -5,000 | $3.1498 |
| 3/3/2023 | Sold | -5,000 | $2.9600 |
| 4/11/2023 | Sold | -5,000 | $3.1200 |
| 4/18/2023 | Sold | -5,000 | $3.0600 |
| 4/28/2023 | Sold | -5,000 | $3.5000 |
| 5/12/2023 | Sold | -10,000 | $5.1200 |
| 5/16/2023 | Sold | -5,000 | $5.1300 |
| 5/22/2023 | Sold | -5,000 | $5.9787 |
| 12/8/2023 | Sold | -1,000 | $4.4000 |
| 1/16/2024 | Sold | -1,000 | $4.3600 |
| 3/7/2024 | Sold | -5,000 | $3.7300 |
| 3/13/2024 | Sold | -17,000 | $3.6800 |
| 4/19/2024 | Sold | -2,000 | $3.9200 |
| 5/16/2024 | Sold | -2,000 | $2.8000 |
| 5/22/2024 | Sold | -2,000 | $2.9200 |
| 6/21/2024 | Sold | -5,000 | $2.1800 |
| 7/16/2024 | Sold | -1,000 | $3.1600 |
| 7/23/2024 | Sold | -1,000 | $3.3900 |
| 8/13/2024 | Sold | -2,000 | $2.8800 |
| 8/16/2024 | Sold | -1,000 | $3.5600 |
| 9/11/2024 | Sold | -1,000 | $3.8600 |
| 9/23/2024 | Sold | -1,000 | $4.5400 |
| 10/15/2024 | Sold | -1,000 | $4.0000 |
| 10/23/2024 | Sold | -1,000 | $4.4800 |

[1] Mr. Falk was a shareholder of Evolv Technologies, Inc. prior to the merger agreement with NewHold Investment Corp. On July 16, 2021, he received 116,877 EVLV shares pursuant to the merger agreement. The acquisition price per share, $9.55, was the closing price on July 16, 2021.