**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD RABY, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br><br>v.<br><br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., *et al.*,<br><br><br>Defendants. | Case No. 1:24-cv-10761-ADB |

**[PROPOSED] ORDER GRANTING DOUGLAS BUCHAN'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING THE MOTION TO CONSOLIDATE AND VACATE LEAD PLAINTIFF DEADLINE, AND STRIKING PORTIONS OF THE AMENDED COMPLAINT**

Upon consideration of: (1) the Motion of Douglas Buchan to intervene for the limited purpose of: (a) opposing the motion of Robert Falk to consolidate *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768-RGS (D. Mass.) ("*Buchan*") with *Raby v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-10761-ADB (D. Mass.) ("*Raby*") and vacate the Lead Plaintiff deadline in *Buchan*; and (b) striking the allegations in the amended complaint in *Raby* that have been drawn from *Buchan*; (2) the Memorandum of Law in support thereof; (3) the Declaration of Theodore M. Hess-Mahan submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Mr. Buchan's Motion is **GRANTED.**

2.      Mr. Buchan is **GRANTED** intervention as of right pursuant to Fed. R. Civ. P. 24(a)(2) and **GRANTED** permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B).

3.      Mr. Buchan's motion to strike the amended complaint is **GRANTED** as set forth in Exhibit B to the Declaration of Theodore M. Hess-Mahan in support of Mr. Buchan's Motion.

4.      Robert Falk's motion to consolidate *Buchan* and *Raby* and strike the Lead Plaintiff deadline in *Buchan* is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE