## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD RABY, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., *et al.*,<br><br><br>Defendants. | Case No. 1:24-cv-10761-ADB |

**DECLARATION OF THEODORE M. HESS-MAHAN IN SUPPORT OF DOUGLAS BUCHAN'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING THE MOTION TO CONSOLIDATE AND VACATE LEAD PLAINTIFF DEADLINE, AND TO STRIKE PORTIONS OF THE AMENDED COMPLAINT**

I, Theodore M. Hess-Mahan, declare as follows:

1.    I am a member in good standing of the bar of the Commonwealth of Massachusetts and of this Court.  I am Of Counsel of the law firm of Hutchings Barsamian Mandelcorn, LLP.  I submit this declaration in support of the Motion filed by Douglas Buchan to intervene for the limited purpose of: (i) opposing the motion to consolidate *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768-RGS (D. Mass.) ("*Buchan*") and *Raby v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-10761-ADB (D. Mass.) ("*Raby*") and vacate the lead plaintiff deadline in *Buchan*; and (ii) striking the allegations in the amended complaint in *Raby* (ECF No. 64) that have been drawn from *Buchan*.

2.    Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:    Class Action Complaint filed by Douglas Buchan in *Buchan*;

EXHIBIT B:    Amended Complaint in *Raby* reflecting allegations that should be stricken, prepared by counsel for Mr. Buchan;

EXHIBIT C:    Evolv Technologies Holdings, Inc.'s Form 8-K filed with the Securities and Exchange Commission on October 25, 2024; and

EXHIBIT D:    Notice of pendency of *Buchan* published on November 1, 2024;

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of November 2024.

/s/ *Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 27, 2024.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan