# EXHIBIT D

# LSEG

## EVLV CLASS ACTION NOTICE: BFA Law has Filed a Securities Fraud Class Action Lawsuit Against Evolv Technologies Holdings, Inc. (NASDAQ:EVLV), Encourages Investors to Contact the Firm - Accesswire

01 Nov 2024 02:30:55 PM

**NEW YORK, NY / ACCESSWIRE / November 1, 2024 /** Bleichmar Fonti & Auld LLP ("BFA") announces that it has filed a class action lawsuit for violations of the federal securities laws against Evolv Technologies Holdings, Inc. (NASDAQ:EVLV)("Evolv" or the "Company") and certain of the Company's current and former senior executives. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv who purchased or acquired Evolv securities between August 19, 2022 and October 30, 2024 inclusive (the "Class Period"). The case is pending in the U.S. District Court for the District of Massachusetts and is captioned Buchan v. Evolv Technologies Holdings, Inc., No. 1:24-cv-12768.

If you suffered a loss on your Evolv investments and would like to discuss this matter, **please submit your information athttps://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

You can also contact Ross Shikowitz, Esq., at 212-789-3619, or by email to ross@bfalaw.com.

**Why was Evolv Sued for Securities Fraud?**

The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**What are my Rights?**

If you purchased or acquired Evolv securities between August 19, 2022 and October 30, 2024, inclusive, you may ask the Court no later than December 31, 2024, which is the first business day after 60 days from the date of the publication of this notice, to appoint you as Lead Plaintiff through counsel of your choice. To be a member of the Class, you need not take any action at this time. The ability to share in any potential future recovery is not dependent on serving as Lead Plaintiff.

**If you incurred losses on your investments in Evolv, you are encouraged to submit your information here:https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

You can also contact:

Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why BFA Law?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

**SOURCE:** Bleichmar Fonti & Auld LLP

View the original press release on accesswire.com

Copyright 2024 ACCESSWIRE. All Rights Reserved.

nACSwKvKya

Copyright © 2024 London Stock Exchange Group plc and its group of companies (LSEG) and/or its affiliates. All rights reserved. The LSEG content received through this service is the intellectual property of LSEG or its third party suppliers. Republication or redistribution of content provided by LSEG is expressly prohibited without the prior written consent of LSEG, except where permitted by the terms of the relevant LSEG service agreement. Neither LSEG nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. LSEG and its logo are trademarks of LSEG.