**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GERALD RABY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EVOLV TECHNOLOGIES HOLDINGS, INC. F/K/A NEWHOLD INVESTMENT CORP., PETER GEORGE, MARIO RAMOS, MARK DONOHUE, KEVIN CHARLTON, and ADAM DEUTSCH, <br><br> Defendants. | Case No. 1:24-cv-10761-ADB |

**DECLARATION OF DARYL ANDREWS IN SUPPORT OF LEAD PLAINTIFF ROBERT FALK'S OPPOSITION TO DOUGLAS BUCHAN'S MOTION TO STRIKE PORTIONS OF THE AMENDED COMPLAINT**

I, Daryl Andrews, hereby declare as follows:

1.    I am an attorney with the law firm Andrews DeValerio LLP, Liaison Counsel for Lead Plaintiff Robert Falk ("Falk"). I make this declaration in support of Falk's Opposition to Douglas Buchan's Motion to Strike Portions of the Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Complaint for Permanent Injunction and Other Relief, filed November 26, 2024, in *Federal Trade Commission v. Evolv Technologies Holdings, Inc.*, 1:24-cv-12940 (D. Mass.), Dkt. No. 1.

3.    Attached hereto as Exhibit 2 is a true and correct copy of a press release, titled "FTC Takes Action Against Evolv Technologies for Deceiving Users About its AI-Powered Security Screening Systems," dated November 26, 2024, issued by the Federal Trade Commission ("FTC") (available at https://www.ftc.gov/news-events/news/press-releases/2024/11/ftc-takes-action-against-evolv-technologies-deceiving-users-about-its-ai-powered-security-screening).

4.    Attached hereto as Exhibit 3 is a true and correct copy of the Stipulated Order for Permanent Injunction and Other Relief, filed November 26, 2024, in *Federal Trade Commission v. Evolv Technologies Holdings, Inc.*, 1:24-cv-12940 (D. Mass.), Dkt. No. 2-1.

5.    Attached hereto as Exhibit 4 is a true and correct copy of a press release, titled "Evolv Technology Announces the Results of Its Internal Investigation," dated November 21, 2024, issued by Evolv Technologies Holdings, Inc. through *Businesswire* (available at https://www.businesswire.com/news/home/20241121868980/en/).

6.    Attached hereto as Exhibit 5 is a true and correct copy of a press release, titled "EVLV CLASS ACTION NOTICE: BFA Law has Filed a Securities Fraud Class Action Lawsuit

Against Evolv Technologies Holdings, Inc. (NASDAQ:EVLV), Encourages Investors to Contact the Firm," dated November 1, 2024, issued by Bleichmar Fonti & Auld LLP through *Accesswire* (available at https://www.accesswire.com/938103/evlv-class-action-notice-bfa-law-has-filed-a-securities-fraud-class-action-lawsuit-against-evolv-technologies-holdings-inc-nasdaqevlv-encourages-investors-to-contact-the-firm).

7.    Attached hereto as Exhibit 6 is a true and correct copy of a press release, titled "EVLV LEGAL ALERT: BFA Law has Sued Evolv Technologies (EVLV) for Fraud - Investors are Urged to Contact the Firm by December 31 Class Action Deadline," dated November 12, 2024, issued by Bleichmar Fonti & Auld LLP through *Accesswire* (available at https://www.accesswire.com/941790/evlv-legal-alert-bfa-law-has-sued-evolv-technologies-evlv-for-fraud-investors-are-urged-to-contact-the-firm-by-december-31-class-action-deadline).

8.    Attached hereto as Exhibit 7 is a true and correct copy of a press release, titled "EVLV LEGAL NEWS: Evolv Technologies (EVLV) Investors that Suffered Losses may have been Affected by Fraud - Contact BFA Law about its Ongoing Class Action," dated November 13, 2024, issued by Bleichmar Fonti & Auld LLP through *Accesswire* (available at https://www.accesswire.com/942390/evlv-legal-news-evolv-technologies-evlv-investors-that-suffered-losses-may-have-been-affected-by-fraud-contact-bfa-law-about-its-ongoing-class-action).

9.    Attached hereto as Exhibit 8 is a true and correct copy of a press release, titled "EVLV COURT ALERT: EVOLV TECHNOLOGIES (EVLV) Investors that Suffered Losses are Alerted of a Pending Class Action - Contact BFA Law before December 31 Court Deadline," dated November 15, 2024, issued by Bleichmar Fonti & Auld LLP through *Accesswire* (available at https://www.accesswire.com/942895/evlv-court-alert-evolv-technologies-evlv-investors-that-

suffered-losses-are-alerted-of-a-pending-class-action-contact-bfa-law-before-december-31-court-deadline).

10.     Attached hereto as Exhibit 9 is a true and correct copy of a press release, titled "EVLV CLASS UPDATE: The December 31 Investor Deadline in the Evolv Technologies Securities Fraud Class Action is Approaching – Contact BFA Law if You have Losses," dated December 5, 2024, issued by Bleichmar Fonti & Auld LLP through *Accesswire* (available at https://www.accesswire.com/949836/evlv-class-update-the-december-31-investor-deadline-in-the-evolv-technologies-securities-fraud-class-action-is-approaching-contact-bfa-law-if-you-have-losses).

11.     Attached hereto as Exhibit 10 is a true and correct copy of a press release, titled "EVLV BREAKING NEWS: BFA Law Announces that it has Filed a Securities Fraud Class Action Lawsuit Against Evolv Technologies; Investors that Lost Money are Urged to Contact the Firm (NASDAQ:EVLV)," dated November 2, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/02/2973624/0/en/EVLV-BREAKING-NEWS-BFA-Law-Announces-that-it-has-Filed-a-Securities-Fraud-Class-Action-Lawsuit-Against-Evolv-Technologies-Investors-that-Lost-Money-are-Urged-to-Contact-the-Firm-NA.html).

12.     Attached hereto as Exhibit 11 is a true and correct copy of a press release, titled "EVLV STOCK NEWS: BFA Law filed Securities Fraud Class Action Against Evolv Technologies after Earnings Delay and CEO Termination; Contact the Firm if You Lost Money (NASDAQ:EVLV)," dated November 4, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/04/2973926/0/en/EVLV-STOCK-NEWS-BFA-Law-filed-Securities-Fraud-

3

Class-Action-Against-Evolv-Technologies-after-Earnings-Delay-and-CEO-Termination-Contact-the-Firm-if-You-Lost-Money-NASDAQ-EVLV.html).

13.     Attached hereto as Exhibit 12 is a true and correct copy of a press release, titled "EVLV STOCK REPORT: Evolv Technologies Investors are Notified to Contact BFA Law about its Securities Fraud Class Action before Approaching Deadline," dated November 6, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/06/2975537/0/en/EVLV-STOCK-REPORT-Evolv-Technologies-Investors-are-Notified-to-Contact-BFA-Law-about-its-Securities-Fraud-Class-Action-before-Approaching-Deadline.html).

14.     Attached hereto as Exhibit 13 is a true and correct copy of a press release, titled "EVLV INVESTOR NEWS: Evolv Technologies Investors with Losses May have been Affected by Fraud; Contact BFA Law before Class Action Deadline (Nasdaq:EVLV)," dated November 8, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/08/2977514/0/en/EVLV-INVESTOR-NEWS-Evolv-Technologies-Investors-with-Losses-May-have-been-Affected-by-Fraud-Contact-BFA-Law-before-Class-Action-Deadline-Nasdaq-EVLV.html).

15.     Attached hereto as Exhibit 14 is a true and correct copy of a press release, titled "EVLV INVESTOR UPDATE: Did Evolv Technologies Mislead Investors Causing Losses? Contact BFA Law about its Pending Securities Fraud Lawsuit (Nasdaq:EVLV)," dated November 10, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/10/2977985/0/en/EVLV-INVESTOR-UPDATE-Did-Evolv-Technologies-Mislead-Investors-Causing-Losses-Contact-BFA-Law-about-its-Pending-Securities-Fraud-Lawsuit-Nasdaq-EVLV.html).

16.    Attached hereto as Exhibit 15 is a true and correct copy of a press release, titled "EVLV INVESTOR NEWS: Lost Money on Your Evolv Technologies Investment? Contact BFA Law about its Ongoing Securities Fraud Class Action (Nasdaq:EVLV)," dated November 12, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/12/2979201/0/en/EVLV-INVESTOR-NEWS-Lost-Money-on-Your-Evolv-Technologies-Investment-Contact-BFA-Law-about-its-Ongoing-Securities-Fraud-Class-Action-Nasdaq-EVLV.html).

17.    Attached hereto as Exhibit 16 is a true and correct copy of a press release, titled "EVLV LEGAL UPDATE: Invest in Evolv Technologies and Lose Money? You may have been Affected by Fraud and are Urged to Contact BFA Law about its Class Action (Nasdaq:EVLV)," dated November 14, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/14/2981081/0/en/EVLV-LEGAL-UPDATE-Invest-in-Evolv-Technologies-and-Lose-Money-You-may-have-been-Affected-by-Fraud-and-are-Urged-to-Contact-BFA-Law-about-its-Class-Action-Nasdaq-EVLV.html).

18.    Attached hereto as Exhibit 17 is a true and correct copy of a press release, titled "EVLV FRAUD ALERT: Suffer Losses on Your Evolv Technologies Securities? Contact BFA Law before December 31 Securities Fraud Class Action Deadline (Nasdaq:EVLV)," dated November 16, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/16/2982331/0/en/EVLV-FRAUD-ALERT-Suffer-Losses-on-Your-Evolv-Technologies-Securities-Contact-BFA-Law-before-December-31-Securities-Fraud-Class-Action-Deadline-Nasdaq-EVLV.html).

19.    Attached hereto as Exhibit 18 is a true and correct copy of a press release, titled "EVLV LEGAL DEADLINE: The Evolv Technologies Securities Class Action Deadline is Approaching – Contact BFA Law Now if You Lost Money (Nasdaq:EVLV)," dated November 18, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/18/2982691/0/en/EVLV-LEGAL-DEADLINE-The-Evolv-Technologies-Securities-Class-Action-Deadline-is-Approaching-Contact-BFA-Law-Now-if-You-Lost-Money-Nasdaq-EVLV.html).

20.    Attached hereto as Exhibit 19 is a true and correct copy of a press release, titled "EVLV CLASS ACTION: BFA Law Sued Evolv Technologies for Securities Fraud after Stock Plummeted 40% - Contact the Firm if You Suffered Losses (Nasdaq:EVLV)," dated November 20, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/20/2984309/0/en/EVLV-CLASS-ACTION-BFA-Law-Sued-Evolv-Technologies-for-Securities-Fraud-after-Stock-Plummeted-40-Contact-the-Firm-if-You-Suffered-Losses-Nasdaq-EVLV.html).

21.    Attached hereto as Exhibit 20 is a true and correct copy of a press release, titled "EVLV STOCK NEWS: Evolv Technologies Stock Plummeted 40% - Contact BFA Law about its Class Action Lawsuit if You Suffered Losses (Nasdaq:EVLV)," dated November 22, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/22/2985893/0/en/EVLV-STOCK-NEWS-Evolv-Technologies-Stock-Plummeted-40-Contact-BFA-Law-about-its-Class-Action-Lawsuit-if-You-Suffered-Losses-Nasdaq-EVLV.html).

22.    Attached hereto as Exhibit 21 is a true and correct copy of a press release, titled "EVLV LAWSUIT NOTICE: Evolv Technologies Investors are Notified of the Upcoming

December 31 Deadline in Class Action Lawsuit – Contact BFA Law (Nasdaq:EVLV),” dated November 24, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/24/2986311/0/en/EVLV-LAWSUIT-NOTICE-Evolv-Technologies-Investors-are-Notified-of-the-Upcoming-December-31-Deadline-in-Class-Action-Lawsuit-Contact-BFA-Law-Nasdaq-EVLV.html).

23.      Attached hereto as Exhibit 22 is a true and correct copy of a press release, titled “EVLV STOCK REPORT: Suffer Losses on Your Evolv Technologies Investment? Contact BFA Law about its Pending Class Action Lawsuit (Nasdaq:EVLV),” dated November 26, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/26/2987409/0/en/EVLV-STOCK-REPORT-Suffer-Losses-on-Your-Evolv-Technologies-Investment-Contact-BFA-Law-about-its-Pending-Class-Action-Lawsuit-Nasdaq-EVLV.html).

24.      Attached hereto as Exhibit 23 is a true and correct copy of a press release, titled “EVLV LEGAL UPDATE: BFA Law has Filed a Lawsuit Against Evolv Technologies for Securities Fraud - Contact the Firm before Court Deadline (Nasdaq:EVLV),” dated November 28, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/11/28/2988622/0/en/EVLV-LEGAL-UPDATE-BFA-Law-has-Filed-a-Lawsuit-Against-Evolv-Technologies-for-Securities-Fraud-Contact-the-Firm-before-Court-Deadline-Nasdaq-EVLV.html).

25.      Attached hereto as Exhibit 24 is a true and correct copy of a press release, titled “EVLV LEGAL DEADLINE: Evolv Technologies Class Action Deadline is Approaching – Contact BFA Law if You Suffered Losses (Nasdaq:EVLV),” dated November 30, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at

7

https://www.globenewswire.com/news-release/2024/11/30/2989320/0/en/EVLV-LEGAL-DEADLINE-Evolv-Technologies-Class-Action-Deadline-is-Approaching-Contact-BFA-Law-if-You-Suffered-Losses-Nasdaq-EVLV.html).

26.     Attached hereto as Exhibit 25 is a true and correct copy of a press release, titled "EVLV INVESTOR NEWS: Evolv Technologies Investors are Notified that BFA Law has Sued the Company for Securities Fraud and are Urged to Contact the Firm (Nasdaq:EVLV)," dated December 2, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/12/02/2989675/0/en/EVLV-INVESTOR-NEWS-Evolv-Technologies-Investors-are-Notified-that-BFA-Law-has-Sued-the-Company-for-Securities-Fraud-and-are-Urged-to-Contact-the-Firm-Nasdaq-EVLV.html).

27.     Attached hereto as Exhibit 26 is a true and correct copy of a press release, titled "EVLV CLASS ACTION: BFA Law has Filed a Securities Fraud Class Action against Evolv Technologies – Investors with Losses can Contact the Firm (NASDAQ:EVLV)," dated December 4, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at https://www.globenewswire.com/news-release/2024/12/04/2991411/0/en/EVLV-CLASS-ACTION-BFA-Law-has-Filed-a-Securities-Fraud-Class-Action-against-Evolv-Technologies-Investors-with-Losses-can-Contact-the-Firm-NASDAQ-EVLV.html).

28.     Attached hereto as Exhibit 27 is a true and correct copy of a press release, titled "EVLV COURT NOTICE: Evolv Technologies Investors with Losses are Notified of December 31 Court Deadline in Securities Fraud Class Action – Contact BFA Law (NASDAQ:EVLV)," dated December 6, 2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available   at   https://www.globenewswire.com/news-release/2024/12/06/2993034/0/en/EVLV-

8

COURT-NOTICE-Evolv-Technologies-Investors-with-Losses-are-Notified-of-December-31-

Court-Deadline-in-Securities-Fraud-Class-Action-Contact-BFA-Law-NASDAQ-EVLV.html).

29.     Attached hereto as Exhibit 28 is a true and correct copy of a press release, titled

"EVLV COURT UPDATE: The Evolv Technologies Class Action Deadline is December 31 –

Investors with Losses are Urged to Contact BFA Law (NASDAQ:EVLV)," dated December 8,

2024, issued by Bleichmar Fonti & Auld LLP through *Globe Newswire* (available at

https://www.globenewswire.com/news-release/2024/12/08/2993364/0/en/EVLV-COURT-

UPDATE-The-Evolv-Technologies-Class-Action-Deadline-is-December-31-Investors-with-

Losses-are-Urged-to-Contact-BFA-Law-NASDAQ-EVLV.html).

30.     Attached hereto as Exhibit 29 is a true and correct copy of a press release, titled

"EVLV STOCK ALERT: BFA Law has Sued Evolv Technologies for Securities Fraud and Urges

Investors with Losses to Contact the Firm," dated November 3, 2024, issued by Bleichmar Fonti

& Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/228688).

31.     Attached hereto as Exhibit 30 is a true and correct copy of a press release, titled

"EVLV INQUIRY ALERT: BFA Law Announces it has Sued Evolv Technologies for Securities

Fraud and Urges Investors to Contact the Firm by December 31 Deadline," dated November 5,

2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at

https://www.newsfilecorp.com/release/228848).

32.     Attached hereto as Exhibit 31 is a true and correct copy of a press release, titled

"EVLV STOCK NOTICE: BFA Law has Filed a Class Action Lawsuit Against Evolv

Technologies for Securities Fraud after Stock Dropped 40% and Urges You to Contact the Firm,"

dated November 7, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at

https://www.newsfilecorp.com/release/229092).

33. Attached hereto as Exhibit 32 is a true and correct copy of a press release, titled "EVLV SHAREHOLDERS: Investors in Evolv Technologies (EVLV) that Lost Money when Stock Plummeted 40% are Urged to Contact BFA Law about its Class Action Lawsuit," dated November 9, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/229310).

34. Attached hereto as Exhibit 33 is a true and correct copy of a press release, titled "EVLV INVESTOR ALERT: Evolv Technologies Investors that Suffered Losses are Urged to Contact BFA Law about its Ongoing Securities Fraud Class Action," dated November 11, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/229319).

35. Attached hereto as Exhibit 34 is a true and correct copy of a press release, titled "EVLV LEGAL NOTICE: Evolv Technologies Investors are Notified to Contact BFA Law about its Class Action Lawsuit before Expiration of December 31 Court Deadline," dated November 13, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/229649).

36. Attached hereto as Exhibit 35 is a true and correct copy of a press release, titled "EVLV LEGAL REMINDER: Evolv Technologies Investors that Lost Money are Reminded to Contact BFA Law about its Class Action Lawsuit by December 31," dated November 14, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/229970).

37. Attached hereto as Exhibit 36 is a true and correct copy of a press release, titled "EVLV COURT REPORT: BFA Law has Filed a Class Action Against Evolv Technologies and Urges Investors to Contact the Firm by December 31 Deadline," dated November 15, 2024, issued

10

by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230022).

38.    Attached hereto as Exhibit 37 is a true and correct copy of a press release, titled "EVLV FRAUD NOTICE: BFA Law Notifies Evolv Technologies Investors of its Pending Class Action Lawsuit and Reminds Investors with Losses to Contact the Firm," dated November 17, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230177).

39.    Attached hereto as Exhibit 38 is a true and correct copy of a press release, titled "EVLV DEADLINE REMINDER: BFA Law Reminds Evolv Technologies Investors of its Pending Class Action and Urges You to Contact the Firm," dated November 18, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230185).

40.    Attached hereto as Exhibit 39 is a true and correct copy of a press release, titled "If You Lost Money on EVOLV TECHNOLOGIES You Are Urged to Contact BFA Law About Its Securities Fraud Class Action Lawsuit Before the Court Deadline Expires," dated November 19, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230443).

41.    Attached hereto as Exhibit 40 is a true and correct copy of a press release, titled "EVLV DEADLINE REMINDER: Evolv Technologies Investors with Losses are Reminded to Contact BFA Law about its Class Action Lawsuit before December 31 Deadline," dated November 21, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230475).

42. Attached hereto as Exhibit 41 is a true and correct copy of a press release, titled "EVLV CLASS ACTION NOTICE: BFA Law Alerts Evolv Technologies Investors it has Sued the Company for Securities Fraud and Urges You to Contact the Firm," dated November 23, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230889).

43. Attached hereto as Exhibit 42 is a true and correct copy of a press release, titled "EVLV STOCK UPDATE: Evolv Technologies Investors that Lost Money when the Stock Plummeted 40% are Urged to Contact BFA Law about its Class Action Lawsuit," dated November 25, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230906).

44. Attached hereto as Exhibit 43 is a true and correct copy of a press release, titled "EVLV INVESTOR REPORT: Evolv Technologies Investors that Suffered Losses are Notified of Class Action Lawsuit and Urged to Contact BFA Law before December 31 Deadline," dated November 27, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/230950).

45. Attached hereto as Exhibit 44 is a true and correct copy of a press release, titled "EVLV LEGAL NEWS: BFA Law Alerts Evolv Technologies Investors that it has Filed a Class Action Against the Company for Fraud and Urges You to Contact the Firm," dated November 29, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/231035).

46. Attached hereto as Exhibit 45 is a true and correct copy of a press release, titled "EVLV LEGAL REMINDER: Evolv Technologies Investors are Encouraged to Contact BFA Law

12

before Expiration of Class Action Deadline," dated December 1, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/231087).

47.     Attached hereto as Exhibit 46 is a true and correct copy of a press release, titled "EVLV SHAREHOLDER UPDATE: Evolv Technologies Investors with Losses are Urged to Contact BFA Law before Upcoming December 31 Class Action Deadline," dated December 3, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/232198).

48.     Attached hereto as Exhibit 47 is a true and correct copy of a press release, titled "EVLV CLASS ACTION NEWS: Evolv Technologies Investors with Losses are Reminded of Upcoming December 31 Court Deadline and are Encouraged to Contact BFA Law," dated December 4, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/232356/EVLV-CLASS-ACTION-NEWS-Evolv-Technologies-Investors-with-Losses-are-Reminded-of-Upcoming-December-31-Court-Deadline-and-are-Encouraged-to-Contact-BFA-Law).

49.     Attached hereto as Exhibit 48 is a true and correct copy of a press release, titled "EVLV CLASS ACTION NOTICE: Evolv Technologies Investors with Losses are Notified that BFA Law has Sued the Company for Securities Fraud and are Urged to Contact the Firm," dated December 5, 2024, issued by Bleichmar Fonti & Auld LLP through *Newsfile* (available at https://www.newsfilecorp.com/release/232478).

50.     Attached hereto as Exhibit 49 is a true and correct copy of a press release, titled "EVOLV TECHNOLOGIES (EVLV) Investors are Reminded to Contact BFA Law about its Class Action Lawsuit before December 31 Securities Fraud Deadline," dated December 6, 2024, issued

13

by    Bleichmar    Fonti    &    Auld    LLP    through    *Newsfile*    (available    at

https://www.newsfilecorp.com/release/232487).

I declare under penalty of perjury under the laws of the United States of America that the

foregoing facts are true and correct. Executed this 10th day of December, 2024.

*s/ Daryl Andrews*
Daryl Andrews

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of December 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Daryl Andrews*
Daryl Andrews
