# EXHIBIT 11



*Source:* *Bleichmar Fonti & Auld*

*November 04, 2024 07:13 ET*

## EVLV STOCK NEWS: BFA Law filed Securities Fraud Class Action Against Evolv Technologies after Earnings Delay and CEO Termination; Contact the Firm if You Lost Money (NASDAQ:EVLV)

NEW YORK, Nov. 04, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second

quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered

over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 12



**Source:** *Bleichmar Fonti & Auld*

*November 06, 2024 06:45 ET*

# EVLV STOCK REPORT: Evolv Technologies Investors are Notified to Contact BFA Law about its Securities Fraud Class Action before Approaching Deadline

NEW YORK, Nov. 06, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-
holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 13



**Source:** *Bleichmar Fonti & Auld*

*November 08, 2024 06:32 ET*

# EVLV INVESTOR NEWS: Evolv Technologies Investors with Losses May have been Affected by Fraud; Contact BFA Law before Class Action Deadline (Nasdaq:EVLV)

NEW YORK, Nov. 08, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 14



**Source:** *Bleichmar Fonti & Auld*

*November 10, 2024 07:16 ET*

## EVLV INVESTOR UPDATE: Did Evolv Technologies Mislead Investors Causing Losses? Contact BFA Law about its Pending Securities Fraud Lawsuit (Nasdaq:EVLV)

NEW YORK, Nov. 10, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 15



**Source:** *Bleichmar Fonti & Auld*

*November 12, 2024 08:32 ET*

# EVLV INVESTOR NEWS: Lost Money on Your Evolv Technologies Investment? Contact BFA Law about its Ongoing Securities Fraud Class Action (Nasdaq:EVLV)

NEW YORK, Nov. 12, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 16



**Source:** *Bleichmar Fonti & Auld*

*November 14, 2024 07:36 ET*

# EVLV LEGAL UPDATE: Invest in Evolv Technologies and Lose Money? You may have been Affected by Fraud and are Urged to Contact BFA Law about its Class Action (Nasdaq:EVLV)

NEW YORK, Nov. 14, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second

quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

## What Can You Do?

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

## Why Bleichmar Fonti & Auld LLP?

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered

over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 17



*Source:* *Bleichmar Fonti & Auld*

*November 16, 2024 06:14 ET*

## EVLV FRAUD ALERT: Suffer Losses on Your Evolv Technologies Securities? Contact BFA Law before December 31 Securities Fraud Class Action Deadline (Nasdaq:EVLV)

NEW YORK, Nov. 16, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 18



**Source:** *Bleichmar Fonti & Auld*

*November 18, 2024 07:49 ET*

## EVLV LEGAL DEADLINE: The Evolv Technologies Securities Class Action Deadline is Approaching – Contact BFA Law Now if You Lost Money (Nasdaq:EVLV)

NEW YORK, Nov. 18, 2024 (GLOBE NEWSWIRE) --  Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 19



**Source:** *Bleichmar Fonti & Auld*

*November 20, 2024 07:05 ET*

# EVLV CLASS ACTION: BFA Law Sued Evolv Technologies for Securities Fraud after Stock Plummeted 40% - Contact the Firm if You Suffered Losses (Nasdaq:EVLV)

NEW YORK, Nov. 20, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 20



*Source:* *Bleichmar Fonti & Auld*

*November 22, 2024 07:32 ET*

## EVLV STOCK NEWS: Evolv Technologies Stock Plummeted 40% - Contact BFA Law about its Class Action Lawsuit if You Suffered Losses (Nasdaq:EVLV)

NEW YORK, Nov. 22, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 21



*Source:* *Bleichmar Fonti & Auld*

*November 24, 2024 07:18 ET*

## EVLV LAWSUIT NOTICE: Evolv Technologies Investors are Notified of the Upcoming December 31 Deadline in Class Action Lawsuit – Contact BFA Law (Nasdaq:EVLV)

NEW YORK, Nov. 24, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 22



*Source:* *Bleichmar Fonti & Auld*

*November 26, 2024 07:36 ET*

# EVLV STOCK REPORT: Suffer Losses on Your Evolv Technologies Investment? Contact BFA Law about its Pending Class Action Lawsuit (Nasdaq:EVLV)

NEW YORK, Nov. 26, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 23



**Source:** *Bleichmar Fonti & Auld*

*November 28, 2024 06:44 ET*

## EVLV LEGAL UPDATE: BFA Law has Filed a Lawsuit Against Evolv Technologies for Securities Fraud - Contact the Firm before Court Deadline (Nasdaq:EVLV)

NEW YORK, Nov. 28, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 24



**Source:** *Bleichmar Fonti & Auld*

*November 30, 2024 07:08 ET*

## EVLV LEGAL DEADLINE: Evolv Technologies Class Action Deadline is Approaching – Contact BFA Law if You Suffered Losses (Nasdaq:EVLV)

NEW YORK, Nov. 30, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales,

including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 25



**Source:** *Bleichmar Fonti & Auld*

*December 02, 2024 07:19 ET*

# EVLV INVESTOR NEWS: Evolv Technologies Investors are Notified that BFA Law has Sued the Company for Securities Fraud and are Urged to Contact the Firm (Nasdaq:EVLV)

NEW YORK, Dec. 02, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*