# EXHIBIT 26



*Source:* *Bleichmar Fonti & Auld*

*December 04, 2024 07:48 ET*

## EVLV CLASS ACTION: BFA Law has Filed a Securities Fraud Class Action against Evolv Technologies – Investors with Losses can Contact the Firm (NASDAQ:EVLV)

NEW YORK, Dec. 04, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 27



**Source:** *Bleichmar Fonti & Auld*

*December 06, 2024 08:19 ET*

# EVLV COURT NOTICE: Evolv Technologies Investors with Losses are Notified of December 31 Court Deadline in Securities Fraud Class Action – Contact BFA Law (NASDAQ:EVLV)

NEW YORK, Dec. 06, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: [https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc).**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**[https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc](https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc)**

Or contact:
Ross Shikowitz
[ross@bfalaw.com](mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 28



**Source:** *Bleichmar Fonti & Auld*

*December 08, 2024 07:04 ET*

## EVLV COURT UPDATE: The Evolv Technologies Class Action Deadline is December 31 –Investors with Losses are Urged to Contact BFA Law (NASDAQ:EVLV)

NEW YORK, Dec. 08, 2024 (GLOBE NEWSWIRE) -- Leading securities law firm **Bleichmar Fonti & Auld LLP** announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**.

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities.   The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements

impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

Or contact:
Ross Shikowitz
ross@bfalaw.com
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit
https://www.bfalaw.com.

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**

*Attorney advertising. Past results do not guarantee future outcomes.*

# EXHIBIT 29

# EVLV STOCK ALERT: BFA Law has Sued Evolv Technologies for Securities Fraud and Urges Investors with Losses to Contact the Firm

**November 03, 2024 7:36 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 3, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/MAPQofK0L1) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/bVGrOuOGpW).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/3jY1QfqLZ3)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/NBw8OI4Z24)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/X3NpvfRv2O)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/DZG0vfMDKX).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/rvW7gfxk18)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/228688 (https://api.newsfilecorp.com/redirect/V7nw4i4krM)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 30

# EVLV INQUIRY ALERT: BFA Law Announces it has Sued Evolv Technologies for Securities Fraud and Urges Investors to Contact the Firm by December 31 Deadline

**November 05, 2024 7:08 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 5, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/W0KqkfALMw) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/q8R21fWYKy).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/nVpWPT3zMX)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/K8o0qfrVJO)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/EyQ4nF7bjm)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/x3DW2igjKR).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/7WqBPtGxMG)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit

https://www.newsfilecorp.com/release/228848 (https://api.newsfilecorp.com/redirect/eLkDASo3MG)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 31

# EVLV STOCK NOTICE: BFA Law has Filed a Class Action Lawsuit Against Evolv Technologies for Securities Fraud after Stock Dropped 40% and Urges You to Contact the Firm

**November 07, 2024 6:07 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 7, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/55R7QS4oJO) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/LGO54faz03).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/oLYKkuMO53)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the

Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/O3g5Ju7vbE).

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/PLp7GuLJmj)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/wWXKghyKp3).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/gO50zcV7eJ)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/229092 (https://api.newsfilecorp.com/redirect/pE0KBS0PbG)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 32

# EVLV SHAREHOLDERS: Investors in Evolv Technologies (EVLV) that Lost Money when Stock Plummeted 40% are Urged to Contact BFA Law about its Class Action Lawsuit

**November 09, 2024 6:13 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 9, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/QOYKRt2NJm) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/m3gwXuAZDj).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/kOP2Rt0W3P)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/BpvVGfG4RM)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/55RZAf4PYM)

Or contact:
Ross Shikowitz
ross@bfalaw.com
(mailto:ross@bfalaw.com)212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/LGOBwFaOLN).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/oLYwrfMEPe)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/229310 (https://api.newsfilecorp.com/redirect/O3goYu7QZK)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 33

# EVLV INVESTOR ALERT: Evolv Technologies Investors that Suffered Losses are Urged to Contact BFA Law about its Ongoing Securities Fraud Class Action

**November 11, 2024 6:47 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 11, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/arJeZFeLZj) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/2EpZVfRPyb).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/MAP5xIKp5N)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the

Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/bVGKZcOo7z)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/3jYZzCq1p2)

Or contact:
Ross Shikowitz
ross@bfalaw.com
(mailto:ross@bfalaw.com)212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/NBwL7h4bOg).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/X3NKZFRjqL)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/229319 (https://api.newsfilecorp.com/redirect/DZG4psMeAg)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 34

# EVLV LEGAL NOTICE: Evolv Technologies Investors are Notified to Contact BFA Law about its Class Action Lawsuit before Expiration of December 31 Court Deadline

**November 13, 2024 6:08 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 13, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/7Wq4VuGoY8) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/eLkRpioP1o).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/85njzuxr03)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/yErOMH52BZ)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/1pgN5hy2oX)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/AMjL3hqJ7p).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/ZADBefLj3p)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/229649 (https://api.newsfilecorp.com/redirect/arJgYiepaX)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 35

# EVLV LEGAL REMINDER: Evolv Technologies Investors that Lost Money are Reminded to Contact BFA Law about its Class Action Lawsuit by December 31

**November 14, 2024 3:16 PM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 14, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/m3gVXiAL0e) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/kOPDRc0XqL).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/BpvKGUGqzL)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/55RLAH4xzV)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/LGOawca2nP)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/oLY4ruMj0M).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/O3gaYi7zPG)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/229970 (https://api.newsfilecorp.com/redirect/PLpa0uLrKA)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 36

# EVLV COURT REPORT: BFA Law has Filed a Class Action Against Evolv Technologies and Urges Investors to Contact the Firm by December 31 Deadline

**November 15, 2024 3:33 PM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 15, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/PLp8afLrqB) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/wWXrBiy4rP).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/gO5baiVnNb)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/pE0ZjH083L)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

> **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
> (https://api.newsfilecorp.com/redirect/YYXZaf1exr)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/0VwDQT4g53).

> **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
> (https://api.newsfilecorp.com/redirect/R70ZaSxpwR)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/230022 (https://api.newsfilecorp.com/redirect/W0KZaUAjnL)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 37

# EVLV FRAUD NOTICE: BFA Law Notifies Evolv Technologies Investors of its Pending Class Action Lawsuit and Reminds Investors with Losses to Contact the Firm

**November 17, 2024 6:33 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 17, 2024) -  Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/wWXJyUy4oV) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/gO57qIVnzD).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/pE0DqU084v)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the

Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/YYXOmF1eRV).

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/0VwL7C4gMz)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/R70QzTxpM7).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/W0KLGHAjxJ)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/230177 (https://api.newsfilecorp.com/redirect/q8RrxHW283)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 38

# EVLV DEADLINE REMINDER: BFA Law Reminds Evolv Technologies Investors of its Pending Class Action and Urges You to Contact the Firm

**November 18, 2024 3:41 PM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 18, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/55Rg8U4xRq) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/LGOzyHa2oo).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/oLYXQcMj1m)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/O3gvNI7zq8)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/PLpJXcLrRO)

Or contact:
Ross Shikowitz
ross@bfalaw.com
(mailto:ross@bfalaw.com)212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/wWXJPuy4nw).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/gO57rTVnaK)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit

https://www.newsfilecorp.com/release/230185 (https://api.newsfilecorp.com/redirect/pE0Dmc08yr)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 39

# If You Lost Money on EVOLV TECHNOLOGIES You Are Urged to Contact BFA Law About Its Securities Fraud Class Action Lawsuit Before the Court Deadline Expires

**November 19, 2024 3:47 PM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 19, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/85XAwtxz1N) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/yEV3vt5EYr).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/1pRzQHyv3e)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the

Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/AMGBqHqAeb).

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/ZAM4jfLk8Y)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/arMVBhem48).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/2EWJmtR7kr)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/230443 (https://api.newsfilecorp.com/redirect/MApZyfKaE7)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)