# EXHIBIT 40

# EVLV DEADLINE REMINDER: Evolv Technologies Investors with Losses are Reminded to Contact BFA Law about its Class Action Lawsuit before December 31 Deadline

**November 21, 2024 7:18 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 21, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/PLRLqcLkPe) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/wWDWESykYg).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/gOMOJfVkQQ)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/pEMEpc0Mez)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/YYMYES1N2w)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/0V0Vpi41nA).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/R7q7YixVLv)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/230475 (https://api.newsfilecorp.com/redirect/W0M0ACA8VZ)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 41

# EVLV CLASS ACTION NOTICE: BFA Law Alerts Evolv Technologies Investors it has Sued the Company for Securities Fraud and Urges You to Contact the Firm

**November 23, 2024 6:18 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 23, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/O30wNS7Ork) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/PLRoXcLWGn).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/wWDzPIyMJq)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/gOMKrFV4bR).

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/pEMkmc0EDm)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/YYMnGF1LZ7).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/0V0x8F4qRD)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/230889 (https://api.newsfilecorp.com/redirect/R7qPrSxP3j)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 42

# EVLV STOCK UPDATE: Evolv Technologies Investors that Lost Money when the Stock Plummeted 40% are Urged to Contact BFA Law about its Class Action Lawsuit

**November 25, 2024 7:42 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 25, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/v1XVAfYqyX) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/Jg32xCDkrp).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/GmLonTagNG)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/QOWPNS2AGk)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/m3MBncAnZ7)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/kOMkWS07W5).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/BpQjYfGK4g)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/230906 (https://api.newsfilecorp.com/redirect/55K0Gt48PA)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 43

# EVLV INVESTOR REPORT: Evolv Technologies Investors that Suffered Losses are Notified of Class Action Lawsuit and Urged to Contact BFA Law before December 31 Deadline

**November 27, 2024 7:19 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 27, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/K8wX7Urq5Y) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/EyBPWS7D5Q).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/x3rBXIgqEx)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the

Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/7WNzmtGKQz).

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/eLMxwUoE5E)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/85X4kcxvAE).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/yEVRDh5jPz)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/230950 (https://api.newsfilecorp.com/redirect/1pRx4UykaA)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 44

# EVLV LEGAL NEWS: BFA Law Alerts Evolv Technologies Investors that it has Filed a Class Action Against the Company for Fraud and Urges You to Contact the Firm

**November 29, 2024 8:09 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - November 29, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/AMGQPhqxZ1) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/ZAM7ZiLErL).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/arM0ZcebGw)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/2EWxVFR4Bz)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/MApWxiKPj3)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/bVM3ZiO4Q1).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/3jqwzsqokE)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit

https://www.newsfilecorp.com/release/231035 (https://api.newsfilecorp.com/redirect/NBY57h4YvK)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 45

# EVLV LEGAL REMINDER: Evolv Technologies Investors are Encouraged to Contact BFA Law before Expiration of Class Action Deadline

**December 01, 2024 6:16 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - December 1, 2024) -  Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/v1XzgHYXpm) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/Jg3YPTDRb7).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/GmLqkhaYEy)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/QOWpeS2avp).

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/m3MxrUAP7M)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/kOMYbS0xP4).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/BpQLrHGVbD)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/231087 (https://api.newsfilecorp.com/redirect/55Kewh4JrE)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 46

# EVLV SHAREHOLDER UPDATE: Evolv Technologies Investors with Losses are Urged to Contact BFA Law before Upcoming December 31 Class Action Deadline

**December 03, 2024 7:32 AM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - December 3, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/jpbw7IJP4B) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/v1X7LIYO7r).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/Jg3KAIDm5K)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/GmLWAuajoK)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/QOW1AH2krJ)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/m3MYRfAjgo).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/kOMgKH0NMa)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/232198 (https://api.newsfilecorp.com/redirect/BpQgRIG5nO)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 47

# EVLV CLASS ACTION NEWS: Evolv Technologies Investors with Losses are Reminded of Upcoming December 31 Court Deadline and are Encouraged to Contact BFA Law

**December 04, 2024 3:18 PM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - December 4, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/oLBzNtMmxp) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/O3bXVu7qwo).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/PLbDztLR4M)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the

Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/wWpkvtynGR)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/gO4XnHVaO1)

Or contact:

Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/pE5GXs0yke).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/YYbqBt18Gj)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/232356 (https://api.newsfilecorp.com/redirect/0V5nJu427O)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 48

# EVLV CLASS ACTION NOTICE: Evolv Technologies Investors with Losses are Notified that BFA Law has Sued the Company for Securities Fraud and are Urged to Contact the Firm

**December 05, 2024 3:33 PM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - December 5, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/R7bYNUqJ0P) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/W0bAzuQ5GY).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/q8LpzInXDG)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/nVkoDUAbXo).

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/K8bLPI4vxM)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/EybZkF8AqA).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/x3YEmUmYDJ)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/232478 (https://api.newsfilecorp.com/redirect/7WpnAuAv3q)


SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)

# EXHIBIT 49

# EVOLV TECHNOLOGIES (EVLV) Investors are Reminded to Contact BFA Law about its Class Action Lawsuit before December 31 Securities Fraud Deadline

**December 06, 2024 3:37 PM EST | Source: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)**

New York, New York--(Newsfile Corp. - December 6, 2024) - Leading securities law firm **Bleichmar Fonti & Auld LLP** (https://api.newsfilecorp.com/redirect/YYbEZskJXE) announces that it has filed a lawsuit against Evolv Technologies Holdings, Inc. (NASDAQ: EVLV) and certain of the Company's current and former senior executives.

If you invested in Evolv, you are encouraged to obtain additional information by visiting **https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/0V5pDcbmJa).

Investors have until December 31, 2024 to ask the Court to be appointed to lead the case. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Evolv's securities. The case is pending in the U.S. District Court for the District of Massachusetts and is captioned *Buchan v. Evolv Technologies Holdings, Inc.*, No. 1:24-cv-12768. A copy of the lawsuit can be found here: https://www.bfalaw.com/siteFiles/Cases/EvolvFiledComplaint.pdf (https://api.newsfilecorp.com/redirect/R7bYZTqJbZ)

**What is the Lawsuit About?**

Evolv is a security technology company that utilizes AI-based screening designed to help create safer experiences. The complaint alleges that Evolv's financial statements prepared for the periods between the second quarter of 2022 and the second quarter of 2024 contained material misstatements relating to Evolv's revenue recognition and other reported metrics that are a function of revenue.

On October 25, 2024, Evolv announced that the Company's financial statements issued between the second quarter of 2022 and the second quarter of 2024 should not be relied upon due to material misstatements impacting revenue recognition and other previously reported metrics that are a function of revenue. The Company revealed that certain sales, including sales to one of its largest channel partners, were subject to extra-contractual terms and conditions not shared with the Company's accounting personnel and that certain Company personnel engaged in misconduct in connection with those transactions. The Company also announced that it has self-reported these

issues to the Division of Enforcement of the Securities and Exchange Commission and was delaying filing its upcoming quarterly report for the third quarter of 2024. On this news, the price of Evolv stock declined roughly 40%, from $4.10 per share on October 24, 2024, to $2.47 per share on October 25, 2024.

Then, on October 31, 2024, Evolv announced the termination of the Company's CEO, Peter George, effective immediately. The Company announced that Michael Ellenbogen, Evolv's Chief Innovation Officer will serve in an interim role until a successor is appointed. On this news, the price of Evolv stock declined roughly 8%, from $2.34 per share on October 30, 2024, to $2.15 per share on October 31, 2024.

**Click here for more information: https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc** (https://api.newsfilecorp.com/redirect/W0bAZFQ515)**.**

**What Can You Do?**

If you invested in Evolv you may have legal options and are encouraged to submit your information to the firm. All representation is on a contingency fee basis, there is no cost to you. Shareholders are not responsible for any court costs or expenses of litigation. The firm will seek court approval for any potential fees and expenses.

**Submit your information by visiting:**

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/q8LpZHnXVQ)

Or contact:
Ross Shikowitz
ross@bfalaw.com (mailto:ross@bfalaw.com)
212-789-3619

**Why Bleichmar Fonti & Auld LLP?**

Bleichmar Fonti & Auld LLP is a leading international law firm representing plaintiffs in securities class actions and shareholder litigation. It was named among the Top 5 plaintiff law firms by ISS SCAS in 2023 and its attorneys have been named Titans of the Plaintiffs' Bar by Law360 and SuperLawyers by Thompson Reuters. Among its recent notable successes, BFA recovered over $900 million in value from Tesla, Inc.'s Board of Directors (pending court approval), as well as $420 million from Teva Pharmaceutical Ind. Ltd.

For more information about BFA and its attorneys, please visit https://www.bfalaw.com (https://api.newsfilecorp.com/redirect/nVkoZcAb8P).

**https://www.bfalaw.com/cases-investigations/evolv-technologies-holdings-inc**
(https://api.newsfilecorp.com/redirect/K8bLKH4v0a)

*Attorney advertising. Past results do not guarantee future outcomes.*



To view the source version of this press release, please visit
https://www.newsfilecorp.com/release/232487 (https://api.newsfilecorp.com/redirect/EybZYf8AxZ)

SOURCE: Bleichmar Fonti & Auld (/company/10531/Bleichmar-Fonti-Auld)