**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| *In re Evolv Technologies Holdings Inc. Securities Litigation*. | Case No. 1:24-cv-10761-ADB<br><br>**DECLARATION OF NATHANIEL R. MENDELL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Nathaniel R. Mendell, hereby declare as follows:

1.      I am a partner with the law firm Morrison & Foerster, LLP, counsel for the Defendants.  I make this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of Form 10-Q of Evolv Technologies Holdings, Inc. ("Evolv") filed with the Securities and Exchange Commission ("SEC") on May 9, 2024, available at https://ir.evolvtechnology.com/sec-filings/all-sec-filings/content/0001628280-24-022282/nhic-20240331.htm.

3.      Attached hereto as Exhibit B is a true and correct copy of Newhold Investment Corp.'s Amendment Number 2 to Form S-4 Registration Statement under the Securities Act of 1933, as filed with the SEC on June 9, 2021 using Registration Number 333-255017, available at https://ir.evolvtechnology.com/sec-filings/all-sec-filings/content/0001213900-21-031736/fs42021a2_newholdinvest.htm.

ny-2905076

4.    Attached hereto as Exhibit C is a true and correct copy of Evolv's blog post published on March 23, 2022 and titled "NCS[4] and Evolv Express," available at https://evolv.com/resources/blog/ncs4-and-evolv-express/.

5.    Attached hereto as Exhibit D is a true and correct copy of Evolv's press release dated March 31, 2022 and titled "Evolv Technology Awarded U.S. Department of Homeland Security (DHS) SAFETY Act Designation for Evolv Express," available at https://evolv.com/resources/press-releases/evolv-technology-awarded-u-s-department-of-homeland-security-dhs-safety-act-designation-for-evolv-express/.

6.    Attached hereto as Exhibit E is a true and correct copy of Evolv's Form 8-K filed with the SEC on October 12, 2023, available at https://ir.evolvtechnology.com/sec-filings/all-sec-filings/content/0001104659-23-108693/tm2328247d1_8k.htm.

7.    Attached hereto as Exhibit F is a true and correct copy of Evolv's Form 8-K filed with the SEC on February 20, 2024, available at https://ir.evolvtechnology.com/sec-filings/all-sec-filings/content/0001104659-24-025077/tm246664d1_8k.htm.

8.    Attached hereto as Exhibit G is a true and correct copy of Evolv's Form 8-K filed with the SEC on November 21, 2024, available at https://ir.evolvtechnology.com/sec-filings/all-sec-filings/content/0001104659-24-121349/tm2429098d1_8k.htm.

9.    Attached hereto as Exhibit H is a true and correct copy of Evolv's press release dated November 26, 2024 and titled "Evolv Announces Resolution of FTC Inquiry," available at https://ir.evolvtechnology.com/news/press-releases/detail/216/evolv-announces-resolution-of-ftc-inquiry.

10.    Attached hereto as Exhibit I is a true and correct copy of the Federal Trade Commission ("FTC") press release dated November 26, 2024 and titled "FTC Takes Action

2

ny-2905076

Against Evolv Technologies for Deceiving Users About its AI-Powered Security Screening Systems," available at https://www.ftc.gov/news-events/news/press-releases/2024/11/ftc-takes-action-against-evolv-technologies-deceiving-users-about-its-ai-powered-security-screening.

11. Attached hereto as Exhibit J is a true and correct copy of Evolv's Form 8-K filed with the SEC on October 25, 2024, available at https://ir.evolvtechnology.com/sec-filings/all-sec-filings/content/0001104659-24-111310/tm2426702d3_8k.htm.

12. Attached hereto as Exhibit K is a true and correct copy of Evolv's press release dated November 21, 2024 and titled "Evolv Technology Announces the Results of Its Internal Investigation," available at https://ir.evolvtechnology.com/news/press-releases/detail/212/evolv-technology-announces-the-results-of-its-internal-investigation.

13. Attached hereto as Exhibit L is a true and correct copy of Evolv's press release dated October 31, 2024 and titled "Evolv Technology Announces Leadership Change," available at https://ir.evolvtechnology.com/news/press-releases/detail/211/evolv-technology-announces-leadership-change.

14. Attached hereto as Exhibit M is a true and correct transcript from Defendant Peter George's interview on news outlet Fox Business on July 23, 2021, transcribed by court reporter Sonya Ledanski Hyrde with Veritext Legal Solutions on March 25, 2025, the video from which is available at https://www.foxbusiness.com/video/6264950868001.

15. Attached hereto as Exhibit N is a true and correct copy of the Department of Homeland Security fact sheet dated January 2020 and titled "SAFETY Act for Liability Protections," available at https://www.dhs.gov/sites/default/files/publications/5299_safety_act_factsheet_2020.pdf.

3

16.    Attached hereto as Exhibit O is a true and correct copy of the BBC article dated May 23, 2023 and titled "AI scanner used in hundreds of US schools misses knives," available at https://www.bbc.com/news/technology-65342798.

17.    Attached hereto as Exhibit P is a true and correct copy of the WKTV article dated October 31, 2022 and titled "Student stabs classmate multiple times at Proctor High School in Utica," available at https://www.wktv.com/news/student-stabs-classmate-multiple-times-at-proctor-high-school-in-utica/article_d6e341f8-593b-11ed-988f-47bf0db374f6.html, and

18.    Attached hereto as Exhibit Q is a true and correct copy of the New York Post article dated November 1, 2022 and titled "Student stabs classmate at Utica high school until heroic teacher grabs knife," available at https://nypost.com/2022/11/01/student-stabs-classmate-at-proctor-high-school-in-utica/.

19.    Attached hereto as Exhibit R is a true and correct copy of the WKTV article dated November 16, 2022 and titled "Utica City School District to replace $4 million weapons system following Proctor stabbing," available at https://www.wktv.com/news/education/utica-city-school-district-to-replace-4-million-weapons-system-following-proctor-stabbing/article_322605fc-6628-11ed-9601-7fd85f15a455.html.

20.    Attached hereto as Exhibit S is a true and correct copy of the Spectrum Local News article dated March 6, 2023 and titled "Why a Utica high school had to replace its weapon-detecting security system," available at https://spectrumlocalnews.com/nys/central-ny/news/2023/03/05/utica-csd-replaces-security-system-after-october-stabbing.

21.    Attached hereto as Exhibit T is a true and correct copy of the BBC article dated March 13, 2024 and titled "AI weapons scanner Evolv backtracks on UK testing claims," available at https://www.bbc.com/news/technology-68547574.

4

22. Attached hereto as Exhibit U is a true and correct copy of the minutes from the Utica City School District Board of Education meeting dated August 23, 2022, available at https://www.uticaschools.org/board-of-education/minutes.

23. Attached hereto as Exhibit V is a true and correct copy of the minutes from the Utica City School District Board of Education meeting dated January 24, 2023, available at https://www.uticaschools.org/board-of-education/minutes.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 28th day of March, 2025.

Dated: March 28, 2025          */s/ Nathaniel R. Mendell*
_____
MORRISON & FOERSTER LLP
Nathaniel R. Mendell
200 Clarendon Street Floor 21
Boston, MA  02116
Telephone:  (617) 648-4700
Facsimile:  (617) 830-0142
Email:  NMendell@mofo.com

Jamie A. Levitt (admitted *pro hac vice*)
Jocelyn E. Greer (admitted *pro hac vice*)
250 West 55th Street
New York, NY  10019-9601
Telephone:  (212) 468-8000
Email:  JLevitt@mofo.com
          JGreer@mofo.com

*Counsel for Defendants*

5

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(c), I hereby certify that on this 28th day of March, 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

Dated: March 28, 2025

*/s/ Nathaniel R. Mendell*

MORRISON & FOERSTER LLP
Nathaniel R. Mendell
200 Clarendon Street Floor 21
Boston, MA  02116
Telephone:  (617) 648-4700
Facsimile:  (617) 830-0142
Email:  NMendell@mofo.com

Jamie A. Levitt (admitted *pro hac vice*)
Jocelyn E. Greer (admitted *pro hac vice*)
250 West 55th Street
New York, NY  10019-9601
Telephone:  (212) 468-8000
Email:  JLevitt@mofo.com
          JGreer@mofo.com

*Counsel for Defendants*

ny-2905076