# Exhibit C

Watch our latest podcast video featuring Jill Lemond, VP of Education, called *"Tech for Good: How School Safety Innovations are Shaping Safer, Supportive Learning Environments."*

Watch Now ▶    ✕



CONTACT    SUPPORT    PRESS ROOM    COMPANY    CAREERS

Solutions    Why Evolv    Customers    Resources    Contact Sales ▶    Virtual Demo ▶

Home / Resources / Blog / NCS⁴ and Evolv Express®

# NCS⁴ and Evolv Express®



I've really enjoyed working with the National Center for Spectator Sports Safety and Security (NCS⁴) on the recently released Operational Exercise for Evolv Express®. In this post I'd like to summarize the results and offer some additional perspective that should help put the results in the proper context.

**Key Findings:**

The operational exercise incorporated forty-one functional areas, with Express earning an overall composite score of 2.84. This score reflects that, on average, Express met the criteria established for this exercise. In fact, overall, Express performed very well. Scores in the categories evaluated during the exercise are presented below. It's important to note that, as a practice, Evolv does not publicly share any details that could compromise our customer's security process. Therefore, specific details such as actual weapon makes and models, images, etc. are not included here, but we do share this sensitive information with

**Publish date**
Mar 23, 2022

🕐 4 Minute Read

**Share**



**Rick Abraham**
SVP, Customer Experience

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy  |  Cookie Policy ✕

our customers privately in a responsible manner.

| Evaluation Category | Score |
| --- | --- |
| Detection of standardized test pieces defined in applicable standards | 3.0 |
| Detection of ferrous weapons including NILECJ test pieces, actual handguns, handgun components, knives, and pipe materials that could be used for constructing IEDs (cumulative score) | 2.7 |
| Detection of threat objects in small bags (cumulative score) | 3.0 |
| Visual indicators | 3.0 |
| Audible indicators | 2.3 |
| Detection of multiple threats on one person | 3.0 |
| Detection of multiple threats on multiple people | 3.0 |
| Exceeding dual-lane throughput claims of 3600 people per hour | 3.0 |
| Screening patrons at multiple walking speeds (cumulative score) | 2.8 |
| Flow control tablet performance (cumulative score) | 2.8 |
| Remote access capabilities (cumulative score) | 2.9 |
| Dashboard and insight analytic capabilities (cumulative score) | 2.8 |
| User interface indicators (cumulative score) | 3.0 |

*Scores marked as cumulative indicate the average of individual scores within the exercise category.*

**Real–World Environment:**

One of the great things about the NCS⁴ Operational Exercise process is that they strive to evaluate products in real world environments. In the case of Express, the evaluation happened during entrance screening for a Columbus Crew match at Lower.com Field in Columbus, Ohio. It was a cold night. The systems were outside. Express was the only system in place, covering weapons screening at all entrances. The security staff were the same people who would staff any other event. There was no special briefing, training or system tweaks in effect.

The fact is, technology, environmental conditions, architectural structures, conops, and staff training are all important factors that affect screening effectiveness. It's possible to eliminate many or all of the problematic factors in a controlled environment. It's not possible to do that in a real–world environment, and that's why I'm so proud of these Express results from NCS⁴.

**Authentic Evaluators:**

Although NCS⁴ is part of the University of Southern Mississippi, their approach is anything but academic. NCS⁴ recruits third party evaluators who are seasoned security professionals and have been personally accountable for security screening. NCS⁴ selects new evaluators for each operational exercise, so they have a fresh perspective and are looking at each solution in the context of the venue where it is being tested.

In the case of the Express exercise, the evaluators were a retired U.S. Secret Service Special Agent in Charge, a Security Representative for an organization that produces live events, and a Security Representative for professional baseball, soccer, and hockey. Evolv didn't get to pick these evaluators.

I truly believe that the Express evaluators are solid proxies for the typical Express buyer. They had the same questions and "show me" attitude that we love to see in our customers. I learned a lot from them and appreciated their suggestions for ways we can both improve our product and better train our customers to get the best possible results. We're always learning and working to improve.

**Beyond Sports:**

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy | Cookie Policy

Case 1:24-cv-10761-ADB        Document 91-3     Filed 03/28/25      Page 4 of 6

results. While it is true that the conops are different at every facility, the fact that Express performed so well in the high-volume, high-pressure sports environment should be a good sign. I'm not saying that Express is a perfect fit for every facility. But if it can work at a major stadium, it is definitely worth having the conversation about smaller facilities.

**Summary:**

We at Evolv Technology feel confident that these NCS⁴ results provide third party validation of what hundreds of customers and over 200 million visitors already know from their personal experience: that Express offers an unmatched combination of high-performance weapons detection, low false alarm rates, high throughput, unique operational insight, and an awesome visitor experience.

I am really looking forward to working with our customers to sort through what the NCS⁴ evaluation findings could mean for their facilities. I also can't wait to see how our future products perform in the NCS⁴ process. Having a trusted, fully independent third party available to stress test our product in real-world environment is an incredibly valuable asset. It will push us to always be doing more to make people safe, and that's something I can always get excited about.

To access the NCS⁴ Executive Summary click here, and please request the full report, here.



**Rick Abraham**

SVP, Customer Experience

Richard Abraham serves as SVP of Customer Experience responsible for pre-sales, deployment, and post sales customer interactions including our Customer Success and Service & Support Teams. He has over twenty years of experience in designing and developing security solutions, working at companies like PerkinElmer, MVA, and L-3 Communications. He oversaw various R&D, Engineering, and Software departments, playing a major hand in development. Prior to joining Evolv, he also worked with Mike Ellenbogen at Reveal Imaging Technologies, working as a Director of Engineering and Senior Product Manager there. Richard holds a Bachelor of Science in Electrical Engineering from the University of Massachusetts Lowell, as well as continued education in computer science from Boston University.

# Let's Stay in Touch

Sign up for our newsletter to receive the latest Evolv news and updates.

First name*

Last name*

Company name*

Email*

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy  |  Cookie Policy

practices and commitment to protecting your privacy, please review our Privacy Policy.

Subscribe

**evolv**

**SOLUTIONS**

Layered Security Approach

Concealed Weapons Detection

   Evolv Express®

   Evolv eXpedite™

Analytics & Insights

Technology Integrations

**WHY EVOLV**

AI-Based Technology

Open API

Partner Program

Certifications & Awards

**OUR CUSTOMERS**

Customers

**RESOURCES**

Blog

Videos & OnDemand Webinars

Whitepapers & Reports

Podcasts

**INTEGRATIONS**

Access Control

Mass Notifications

Video Management System (VMS)

**FACTS & DATA**

Buyer's Guide to Weapons Detection

Detection Comparison Testing

Making Data-Driven Decisions

Evolv FAQs

**SUCCESS STORIES**

Case Studies

Customer Testimonials

**DEMOS & EVENTS**

Explore Evolv

Evolv at Home

Evolv in Person

**SOLUTIONS BY INDUSTRY**

Arts & Entertainment

Casinos

Cities

College Campuses

Healthcare

Houses of Worship

Iconic Events

Industrial Workplaces

International

K-12 Schools

Stadiums & Arenas

**HELP & CONTACT**

**COMPANY**

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy | Cookie Policy

Case 1:24-cv-10761-ADB          Document 91-3     Filed 03/28/25     Page 6 of 6

Certifications & Awards

Investor Relations

Partner with Us

500 Totten Pond Road, 4th floor | Waltham, MA 02451 USA | +1 (781) 374-8100

© Copyright 2025 Evolv Technologies, Inc. All rights reserved.  |  Privacy  |  Terms Of Use  |  A USA Company  |  SAFETY Act Designation Info

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. To learn more, view the following link: Privacy Policy  |  Cookie Policy