# Exhibit D

Case 1:24-cv-10761-ADB    Document 91-4    Filed 03/28/25    Page 2 of 6



🔔 Watch our latest podcast video featuring Jill Lemond, VP of Education, called *"Tech for Good: How School Safety Innovations are Shaping Safer, Supportive Learning Environments."*

Watch Now ▶    ✕

CONTACT    SUPPORT    PRESS ROOM    COMPANY    CAREERS

**evolv**

Solutions    Why Evolv    Customers    Resources    Contact Sales ▶    Virtual Demo ▶

Home / Resources / Press Releases / Evolv Technology Awarded U.S. Department of Homeland Security (DHS) SAFETY Act Designation for Evolv Express®

# Evolv Technology Awarded U.S. Department of Homeland Security (DHS) SAFETY Act Designation for Evolv Express®



*This distinction qualifies Evolv Technology to receive the SAFETY Act's benefits for selected Anti-Terrorism Technologies*

Evolv Technology (NASDAQ: EVLV, "Evolv"), the global leader in weapons detection security screening, today announced that Evolv Express®, its artificial intelligence (AI)-based weapons detection system, has been awarded the U.S. Department of Homeland Security (DHS) SAFETY Act Designation as a Qualified Anti-Terrorism Technology (QATT).

Technologies that are awarded the SAFETY Act Designation have undergone rigorous use and review to meet and/or exceed the DHS' performance standards that include

**Publish date**
Mar 31, 2022

🕐 5 Minute Read

**Share**



examination of test results for weapons detection, operational use and effectiveness, manufacturing and quality assurance practices, and customer feedback.

The Support Anti-Terrorism by Fostering Effective Technologies Act (SAFETY Act) was introduced by Congress in 2002 to incentivize the creation of technologies to combat terrorism in the wake of 9/11. The SAFETY Act is intended to ensure that the threat of liability caused by a terrorist event does not deter manufacturers or sellers of effective anti-terrorism technologies from developing, commercializing and deploying technologies that could potentially save lives. The Acting Under Secretary for Science and Technology is the deciding official for current SAFETY Act applications.

This Designation demonstrates Evolv's belief that the security industry demands a new standard for security screening that can adequately address threats to crowds where people gather without impacting their experience. The pinpointed accuracy of threats detected, insightful analytics that help improve security operations, and the continual improvements through machine learning are features that set Evolv apart from existing standards. Evolv Express is the only high-throughput weapons detection screening system to achieve SAFETY Act Designation.

"Visitors today demand a free-flowing contactless experience, but for decades the industry has developed technology to meet outdated detection standards without any regard for these new demands," said Mike Ellenbogen, founder and head of advanced technology, Evolv Technology. "I'm proud of the way our team has recognized the need for and established technology to address the evolving threat landscape, in a way that satisfies the demands placed on all locations where people gather. We no longer need to sacrifice safety for experience."

"We're honored to receive the SAFETY Act Designation which we believe further supports the effectiveness of our technology, and ultimately, our ability to help keep people safe," said Peter George, Evolv Technology President and CEO. "Not only does the DHS's SAFETY Act Designation further validate our AI-based technology to the physical security market, but we believe it will also provide our customers and their visitors with increased assurance that Evolv helps to provide the safest possible venue entry, without the traditional metal detector experience."

Screening 3,600 people per hour – 10 times faster than metal detectors – Evolv Express combines powerful sensor technology with proven AI, security ecosystem integrations, and comprehensive venue analytics to provide safer, more accurate threat detection at an unprecedented speed and volume. To learn more about Express, please visit: www.evolvtechnology.com/concealed-weapons-detection/express/.

**About Evolv Technology**

Evolv Technology (NASDAQ: EVLV) is a leader in weapons detection for security screening, securing the world's most iconic venues and companies. Its mission is enabling a better experience and better security for venues, creating a safer world to work, learn, and play by transforming physical security to make everywhere safer. It gives sports fans, theme park visitors, concertgoers, shoppers, employees, students, and others peace of mind so that they can gather without fear of violence. Its security screening has scanned more than 200 million people, second only to the Department of Homeland Security's Transportation Security Administration (TSA) in the United States, and its technology combines powerful, advanced sensors with proven artificial intelligence (AI), security ecosystem integrations, and comprehensive venue analytics to reliably detect threats 10 times faster than traditional metal detectors.

Evolv Technology, Evolv Express®, Evolv Insights™, and Evolv Cortex AI™ are registered trademarks or trademarks of Evolv Technologies, Inc. in the United States and other jurisdictions.

Case 1:24-cv-10761-ADB   Document 91-4   Filed 03/28/25   Page 4 of 6

For more information, visit https://evolvtechnology.com.

**Forward-looking Statements**

Certain statements in this press release may constitute "forward-looking" statements and information, within the meaning of Section 27A of the Securities Act of 1933, Section 21E of the Securities Exchange Act of 1934, and the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995 that relate to our current expectations and views of future events. In some cases, these forward-looking statements can be identified by words or phrases such as "may," "will," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "potential," "continue," "is/are likely to" or other similar expressions. These forward-looking statements are subject to risks, uncertainties and assumptions, some of which are beyond our control. In addition, these forward-looking statements reflect our current views with respect to future events or our Company's performance and are not a guarantee of future performance. Actual outcomes may differ materially from the information contained in the forward-looking statements as a result of a number of factors, including, without limitation, the risk factors set forth in our prospectus, filed with the Securities and Exchange Commission on September 3, 2021, and other documents filed with or furnished to the SEC, including our Annual Report on Form 10-K for the year ended December 31, 2021 that we filed with the SEC on March 28, 2022. These statements reflect management's current expectations regarding future events and operating performance and speak only as of the date of this press release. You should not put undue reliance on any forward-looking statements. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee that future results, levels of activity, performance and events and circumstances reflected in the forward-looking statements will be achieved or will occur. Except as required by law, we undertake no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise, after the date on which the statements are made or to reflect the occurrence of unanticipated events.

Case 1:24-cv-10761-ADB    Document 91-4    Filed 03/28/25    Page 5 of 6

# Let's Stay in Touch

Sign up for our newsletter to receive the latest Evolv news and updates.

First name*

Last name*

Company name*

Email*

Evolv Technology needs the contact information you provide to us to contact you about our products and services. You may unsubscribe from these communications at any time. For information on how to unsubscribe, as well as our privacy practices and commitment to protecting your privacy, please review our Privacy Policy.

Subscribe

**evolv**

**SOLUTIONS**

Layered Security Approach

Concealed Weapons Detection

   Evolv Express®

   Evolv eXpedite™

Analytics & Insights

Technology Integrations

**WHY EVOLV**

AI-Based Technology

Open API

Partner Program

Certifications & Awards

**OUR CUSTOMERS**

Customers

**RESOURCES**

Blog

Videos & OnDemand Webinars

Whitepapers & Reports

Podcasts

**INTEGRATIONS**

Access Control

Mass Notifications

Video Management System (VMS)

**FACTS & DATA**

Buyer's Guide to Weapons Detection

Detection Comparison Testing

Making Data-Driven Decisions

Evolv FAQs

**SOLUTIONS BY INDUSTRY**

**SUCCESS STORIES**

Case Studies

Customer Testimonials

**DEMOS & EVENTS**

Explore Evolv

Evolv at Home

Evolv in Person

Case 1:24-cv-10761-ADB    Document 91-4    Filed 03/28/25    Page 6 of 6

Arts & Entertainment

Casinos

Cities

College Campuses

Healthcare

Houses of Worship

Iconic Events

Industrial Workplaces

International

K–12 Schools

Stadiums & Arenas

HELP & CONTACT

Contact

Support

COMPANY

About Us

Careers

Certifications & Awards

Investor Relations

Partner with Us

500 Totten Pond Road, 4th floor | Waltham, MA 02451 USA | +1 (781) 374-8100

© Copyright 2025 Evolv Technologies, Inc. All rights reserved.  |  Privacy  |  Terms Of Use  |  A USA Company  |  SAFETY Act Designation Info