# Exhibit M

**Page 1**

**Evlov Technologies Uses AI Powered Security to Detect Weapons**

**The Claman Countdown**

**July 23, 2021**

Page 2

LIZ CLAMAN:  All right, folks.  A brazen shooting at a D.C. restaurant last night less than a mile from the White House has left two people wounded.  Last night's violence coming less than a week after bullets flew outside the gates of the Washington National Stadium.  And that gunfire breaking out in Milwaukee after the Bucks won the NBA title Tuesday.  I mean, this comes together as a major rise in crime which coincides with mass numbers of people desperate to get out, to travel, to attend games and visit theme parks.

Enter Evolv Technology.  The leading weapons detection security screening firm just went public Monday after completing its fact merger with NewHold Investment Corp.

Evolv Technology is reportedly ten times faster than traditional metal detectors and is already used at Six Flags theme parks, the Metropolitan Museum of Art in New York City, the Wynn Casinos, and more.

So let's bring in Peter George  He is the CEO of Evolv Technology.

Peter, you have an eager investment audience here.  You also have an eager audience

Page 3

who is worried about crime.  But timing is just brutal here.  Everyone is so eager to get out for summer travel and fun, yet we are seeing this alarming spike in violence across the nation.

PETER GEORGE:  Right.

LIZ CLAMAN:  Do me a favor.  Walk us through what's so special about your security systems and how they work with artificial intelligence.

PETER GEORGE:  Super.  Liz, thank you so much for the invitation.  It's a pleasure to tell our story.

So we've built the first and only artificial intelligence AI-enabled weapons detection solution in the world.  And basically think about the most advanced sensors, cameras, and then machine learning models to differentiate between a phone and a firearm.

Most people when they walk through a metal detector today have to take out their metal.  And of course it creates lines.  People end up touching your stuff.

And in our case, we make the lines go away because we can discriminate between that phone and a real weapon.  And as you know, most

Page 4

people aren't carrying weapons when they come into a venue.  But if they do, we use artificial intelligence to find it.  Think about the needle in the haystack.  And we let everybody else flow through into the venue without breaking stride.

So you get the best of all worlds.  The venue is a lot safer.  People walk right in, again, without breaking stride.  And most of our customers get to save money as well.

LIZ CLAMAN:  You're at Wrigley Field. I'm thinking about the Washington National shooting.  It was outside the gates.  But let's just say it were inside.  You guys weren't there. Do you plan to have a relationship with any of these other ball parks and other football stadiums?

PETER GEORGE:  Sure.  We're working with all the professional sports.  It happens to be one of the areas that's regulated.  So regulated requirement for security, airports, prisons, and professional sports.

So today we are in most -- some of the professional sporting arenas today and we're working with the leagues now to make sure that they can put our technology in the entryway so we

Page 5

can process people into the stadiums.

So today we are helping reopen baseball, and we're going to be reopening football.  Think about 40,000 or 80,000 fans coming into a game -- you can see the Cubs here. I was there to help open Wrigley Field -- and have people walk to their seats from their car without breaking stride.

LIZ CLAMAN:  Nice.  I do want to ask a few other questions though.  People have gotten smart.  Criminals are smart.  They are now using 3D printed guns.  Can these machines see that? People also disassemble guns and they put them in different pieces so it looks like something else. I mean, can you beat that?

PETER GEORGE:  That's a great question. So in every case, both the 3D gun and if somebody disassemble it, we have the signatures for all the weapons in the world.  And we'll always find that metal barrel that's required to actually do damage with a gun.  So we'll always find it in those cases.

So we've written the machine learning algorithms for all the guns, all the bombs, and all the large tactical knives in the world and

Page 6

our sensor system can identify those signatures quickly, send an alert, and we'll stop it before it gets in the venue.

And then you asked a question earlier about professional sports.  A lot of our professional sporting customers are pushing the perimeter out away from the stadium so you come through our system out in the parking lot and then into the entryway.  So that depth of defense is really, really important to building a very safe venue.

LIZ CLAMAN:  That's the thing, Peter.  Outside the Nationals gate is where that actually happened.  So are you working with the Nationals after something like that?

PETER GEORGE:  Actually, we are with them and most of the professional sporting teams.

It's a great point.  When you think about it, when a line is created, it's actually a soft target for an attacker outside the venue.  You don't have to go in to cause a problem; you can create it there.  So by pushing the perimeter out and making the lines go away, we make that threat go away.

LIZ CLAMAN:  Okay.  I just noticed as

Page 7

you're talking, your stock, which had been down the entire session, is now higher by 2.7 percent.

You know, as I said at the start, we do have a very active investor audience who wants good stories and ideas.  But let me just say before you even went public, some of your investors, all from the sports world.  You have Payton Manning, Joe Torre, Steffi Graf, Andre Agassi, Theo Epstein.  To me that is certainly something that they feel they've always been unnerved over, is their own safety.  And of course Bill Gates, Jeb Bush in there as well.

PETER GEORGE:  Right.  Look, all athletes know, everybody knows that the pandemic has changed the way that people want to gather forever.  Nobody -- when we come back, we want to be safe from COVID-19, but we want to be safe from all kinds of weapons.  So the idea for people to come back, the new proxy is how do I come back in a safe and frictionless way.  And that means no more lines, make them go away.  We don't want anyone touching our stuff.  And when I get inside and I want to enjoy the game or the performing arts venue or whatever, I want to do it knowing that there's not a weapon inside the

Page 8

venue.  And we're the only technology in the world that allows that to happen.

LIZ CLAMAN:  Peter George of Evolv Technologies.  Continue the good work you're doing.  Thank you very much.

PETER GEORGE:  Thanks so much, Liz.  We will.  It's our mission.

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

Page 9

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  March 25, 2025

**[11501 - doing]** Page 1

**1**

**11501** 9:14
**12151** 9:8
**19** 7:17

**2**

**2.7** 7:2
**2021** 1:14
**2025** 9:16
**23** 1:14
**25** 9:16

**3**

**300** 9:13
**330** 9:12
**3d** 5:12,17

**4**

**40,000** 5:4

**8**

**80,000** 5:4

**a**

**accurate** 9:4
**active** 7:4
**actually** 5:20
  6:13,16,19
**advanced** 3:16
**agassi** 7:9
**ai** 1:11 3:14
**airports** 4:20
**alarming** 3:4
**alert** 6:2
**algorithms**
  5:24

**allows** 8:2
**andre** 7:8
**areas** 4:19
**arenas** 4:23
**art** 2:20
**artificial** 3:8,14
  4:2
**arts** 7:24
**asked** 6:4
**athletes** 7:14
**attacker** 6:20
**attend** 2:11
**audience** 2:25
  2:25 7:4

**b**

**back** 7:16,19
  7:20
**ball** 4:15
**barrel** 5:20
**baseball** 5:3
**basically** 3:15
**beat** 5:15
**best** 4:6
**bill** 7:12
**bombs** 5:24
**brazen** 2:2
**breaking** 2:7
  4:5,8 5:8
**bring** 2:22
**brutal** 3:2
**bucks** 2:8
**building** 6:10

**built** 3:13
**bullets** 2:5
**bush** 7:12

**c**

**c** 9:1,1
**cameras** 3:16
**car** 5:7
**carrying** 4:1
**case** 3:23 5:17
**cases** 5:22
**casinos** 2:21
**cause** 6:21
**ceo** 2:23
**certainly** 7:9
**certify** 9:3
**changed** 7:15
**city** 2:20
**claman** 1:13
  2:1 3:6 4:10
  5:9 6:12,25 8:3
**coincides** 2:10
**come** 4:1 6:7
  7:16,19,20
**comes** 2:9
**coming** 2:4 5:5
**completing**
  2:15
**continue** 8:4
**corp** 2:16
**countdown**
  1:13
**country** 9:12

**course** 3:21
  7:12
**covid** 7:17
**create** 6:22
**created** 6:19
**creates** 3:21
**crime** 2:9 3:1
**criminals** 5:11
**cubs** 5:5
**customers** 4:9
  6:6

**d**

**d.c.** 2:2
**damage** 5:21
**date** 9:16
**defense** 6:9
**depth** 6:9
**desperate** 2:10
**detect** 1:12
**detection** 2:14
  3:15
**detector** 3:20
**detectors** 2:18
**different** 5:14
**differentiate**
  3:17
**disassemble**
  5:13,18
**discriminate**
  3:24
**doing** 8:5

**[e - means]** Page 2

**e**

**e** 9:1
**eager** 2:24,25 3:2
**earlier** 6:4
**enabled** 3:14
**enjoy** 7:23
**enter** 2:13
**entire** 7:2
**entryway** 4:25 6:9
**epstein** 7:9
**everybody** 4:4 7:14
**evlov** 1:11
**evolv** 2:13,17 2:23 8:3

**f**

**f** 9:1
**fact** 2:15
**fans** 5:4
**faster** 2:18
**favor** 3:6
**feel** 7:10
**field** 4:10 5:6
**find** 4:3 5:19,21
**firearm** 3:18
**firm** 2:14
**first** 3:13
**flags** 2:19
**flew** 2:5
**flow** 4:4

**folks** 2:1
**football** 4:15 5:4
**foregoing** 9:4
**forever** 7:16
**frictionless** 7:20
**fun** 3:3

**g**

**game** 5:5 7:23
**games** 2:11
**gate** 6:13
**gates** 2:6 4:12 7:12
**gather** 7:15
**george** 2:22 3:5 3:10 4:17 5:16 6:16 7:13 8:3,6
**go** 3:23 6:21,23 6:24 7:21
**going** 5:3
**good** 7:5 8:4
**gotten** 5:10
**graf** 7:8
**great** 5:16 6:18
**gun** 5:17,21
**gunfire** 2:7
**guns** 5:12,13,24
**guys** 4:13

**h**

**happen** 8:2
**happened** 6:14

**happens** 4:18
**haystack** 4:4
**help** 5:6
**helping** 5:2
**higher** 7:2
**house** 2:3
**hyde** 9:3

**i**

**idea** 7:18
**ideas** 7:5
**identify** 6:1
**important** 6:10
**inside** 4:13 7:23,25
**intelligence** 3:9 3:14 4:3
**investment** 2:16,24
**investor** 7:4
**investors** 7:7
**invitation** 3:11

**j**

**jeb** 7:12
**joe** 7:8
**july** 1:14

**k**

**kinds** 7:18
**knives** 5:25
**know** 3:25 7:3 7:14
**knowing** 7:25

**knows** 7:14

**l**

**large** 5:25
**leading** 2:13
**leagues** 4:24
**learning** 3:17 5:23
**ledanski** 9:3
**left** 2:3
**legal** 9:11
**line** 6:19
**lines** 3:21,23 6:23 7:21
**liz** 2:1 3:6,10 4:10 5:9 6:12 6:25 8:3,6
**look** 7:13
**looks** 5:14
**lot** 4:7 6:5,8

**m**

**machine** 3:17 5:23
**machines** 5:12
**major** 2:9
**make** 3:23 4:24 6:23 7:21
**making** 6:23
**manning** 7:8
**march** 9:16
**mass** 2:10
**mean** 2:8 5:15
**means** 7:21

**[merger - solution]**                                                          Page 3

**merger**  2:16
**metal**  2:18 3:20
  3:21 5:20
**metropolitan**
  2:20
**mile**  2:3
**milwaukee**  2:7
**mineola**  9:14
**mission**  8:7
**models**  3:17
**monday**  2:15
**money**  4:9
**museum**  2:20

**n**

**n**  9:1
**nation**  3:4
**national**  2:6
  4:11
**nationals**  6:13
  6:14
**nba**  2:8
**needle**  4:3
**new**  2:20 7:19
**newhold**  2:16
**nice**  5:9
**night**  2:2
**night's**  2:4
**noticed**  6:25
**numbers**  2:10
**ny**  9:14

**o**

**o**  9:1
**okay**  6:25
**old**  9:12
**open**  5:6
**outside**  2:5
  4:12 6:13,20
**own**  7:11

**p**

**pandemic**  7:14
**parking**  6:8
**parks**  2:12,19
  4:15
**payton**  7:8
**people**  2:4,10
  3:19,21 4:1,7
  5:1,7,10,13
  7:15,19
**percent**  7:2
**performing**
  7:24
**perimeter**  6:7
  6:22
**peter**  2:22,24
  3:5,10 4:17
  5:16 6:12,16
  7:13 8:3,6
**phone**  3:18,25
**pieces**  5:14
**plan**  4:14
**pleasure**  3:11
**point**  6:18

**powered**  1:11
**printed**  5:12
**prisons**  4:21
**problem**  6:21
**proceedings**
  9:5
**process**  5:1
**professional**
  4:18,21,23 6:5
  6:6,17
**proxy**  7:19
**public**  2:15 7:6
**pushing**  6:6,22
**put**  4:25 5:13

**q**

**question**  5:16
  6:4
**questions**  5:10
**quickly**  6:2

**r**

**r**  9:1
**real**  3:25
**really**  6:10,10
**record**  9:5
**regulated**  4:19
  4:20
**relationship**
  4:14
**reopen**  5:2
**reopening**  5:3
**reportedly**  2:17
**required**  5:20

**requirement**
  4:20
**restaurant**  2:2
**right**  2:1 3:5
  4:7 7:13
**rise**  2:9
**road**  9:12

**s**

**safe**  6:11 7:17
  7:17,20
**safer**  4:7
**safety**  7:11
**save**  4:9
**screening**  2:14
**seats**  5:7
**security**  1:11
  2:14 3:7 4:20
**see**  5:5,12
**seeing**  3:3
**send**  6:2
**sensor**  6:1
**sensors**  3:16
**session**  7:2
**shooting**  2:2
  4:12
**signature**  9:8
**signatures**  5:18
  6:1
**six**  2:19
**smart**  5:11,11
**soft**  6:20
**solution**  3:15

**[solutions - york]** Page 4

solutions  9:11
somebody  5:17
sonya  9:3
special  3:7
spike  3:4
sporting  4:23
  6:6,17
sports  4:18,21
  6:5 7:7
stadium  2:6 6:7
stadiums  4:16
  5:1
start  7:3
steffi  7:8
stock  7:1
stop  6:2
stories  7:5
story  3:12
stride  4:5,8 5:8
stuff  3:22 7:22
suite  9:13
summer  3:3
super  3:10
sure  4:17,24
system  6:1,8
systems  3:8

**t**

t  9:1,1
tactical  5:25
take  3:20
talking  7:1
target  6:20

teams  6:17
technologies
  1:11 8:4
technology
  2:13,17,23
  4:25 8:1
tell  3:12
ten  2:17
thank  3:10 8:5
thanks  8:6
theme  2:12,19
theo  7:9
thing  6:12
think  3:16 4:3
  5:4 6:18
thinking  4:11
threat  6:24
times  2:18
timing  3:1
title  2:8
today  3:20 4:22
  4:23 5:2
together  2:9
torre  7:8
touching  3:22
  7:22
traditional
  2:18
transcript  9:4
travel  2:11 3:3
true  9:4
tuesday  2:8
two  2:4

**u**

unnerved  7:11
use  4:2
used  2:19
uses  1:11
using  5:11

**v**

venue  4:2,5,7
  6:3,11,20 7:24
  8:1
veritext  9:11
violence  2:4 3:4
visit  2:11

**w**

walk  3:6,19 4:7
  5:7
want  5:9 7:15
  7:16,17,22,23
  7:24
wants  7:4
washington  2:6
  4:11
way  7:15,20
we've  3:13 5:23
weapon  3:25
  7:25
weapons  1:12
  2:14 3:14 4:1
  5:19 7:18
week  2:5
went  2:15 7:6

white  2:3
won  2:8
work  3:8 8:4
working  4:17
  4:24 6:14
world  3:15
  5:19,25 7:7 8:2
worlds  4:6
worried  3:1
wounded  2:4
wrigley  4:10
  5:6
written  5:23
wynn  2:21

**y**

york  2:20