Exhibit P

LOCAL NEWS | Latest Stories | Recent Videos | Upload News Photo/Video |

WKTV | Download Our Apps | Submit Weather Photo | Advertise With Us |

https://www.wktv.com/news/student-stabs-classmate-multiple-times-at-proctor-high-school-in-utica/article_d6e341f8-593b-11ed-988f-47bf0db374f6.html

# Student stabs classmate multiple times at Proctor High School in Utica

By: WKTV

**Oct 31, 2022**

Stabbing at Proctor High School

UTICA, N.Y. (UPDATED) – Utica police say a student was stabbed multiple times by a classmate during a fight at Proctor High School Monday morning.

Police say staff at the school were notified about a fight in the hallway and came out to find a 17-year-old student stabbing an 18-year-old classmate.

Teachers broke up the altercation and one staff member was able to take the knife from the suspect.

The nursing staff assisted the victim, who was stabbed multiple times in the back and hands. The victim was taken to the hospital, but police say his injuries are not considered to be life-threatening.

The investigation has been turned over to the Criminal Investigation Division and Juvenile Aid Unit.

Police are asking any students with video of the incident to come forward and reach out to their assistant principal or counselor so police can review the footage as part of the investigation.

There are also counseling services available for students who witnessed the violent attack.

The Utica City School District had just installed a weapons detection system at each school building at the start of the year.

Acting Superintendent Brian Nolan says they're working with police to try and determine how the knife made it into the building.

"We're looking at the metal detecting systems themselves; we're looking at the calibration, the police are interviewing the assailant and trying to get information from him on how the weapon was brought into the school," he said.

Students will not be allowed to exit the school building during free periods or lunch for the rest of the week.

There will also be an increased police presence at the school for the remainder of the week both inside and outside of the building.

Police say the 17-year-old is facing attempted assault and criminal possession of a weapon charges.

Case 1:24-cv-10761-ADB   Document 91-16   Filed 03/28/25   Page 4 of 6



**Stabbing on Main Street in New York Mills**

**Deputies: 3 Teen Siblings Stabbed in Pompey**

Case 1:24-cv-10761-ADB    Document 91-16    Filed 03/28/25    Page 6 of 6



**Morning Stabbing in Utica Sends 1 to the Hospital**