# Exhibit Q



SECTIONS  🔍  ✉    *NEW YORK POST*    READ THE LATEST ON **Page Six**    👤 LOG IN

**METRO**

# Student stabs classmate at Utica high school until heroic teacher grabs knife

By Allie Griffin

Published Nov. 1, 2022 | Updated Nov. 1, 2022, 9:29 p.m. ET



A student stabbed a classmate at an upstate New York high school in a disturbing attack that was cut short by a quick-thinking teacher on Monday.

The male suspect, 17, ambushed the 18-year-old victim in the hall of Utica's Thomas R. Proctor High School just before 11 a.m., stabbing him multiple times before school staffers got involved, Utica police said.

Dramatic video obtained by WKTV Utica shows a teacher running over and wrestling the knife out of the teen's hand while calling out for help.

"The teachers took immediate action, without regard for their safety," Utica police and Utica School District officials said in a joint statement.

In the footage, other students can be heard telling a male teacher that the 17-year-old "got a knife" and "to grab that."

The teacher knocks the student's hand holding the knife against a wall until he drops the weapon, which is grabbed by the teacher.

"I don't got a knife, he just stabbed the sh-t out of my hands," the victim said on the video.

"Are you out of your mind?" the teacher asked the attacker before calling a colleague for help.

Teachers confiscated the knife and held down the suspect until security arrived, police said.

https://nypost.com/2022/11/01/student-stabs-classmate-at-proctor-high-school-in-utica/



A 17-year-old boy allegedly stabbed an 18-year-old student in the hall of Utica's Thomas R. Proctor High School Monday.

WKTV

The wounded student suffered multiple stab wounds to his back and hands. He was treated by a school nurse until the Utica Fire Department arrived and rushed him to a local hospital. His injuries are not considered life-threatening, according to police.

The Criminal Investigation Division and Juvenile Aid Unit are investigating the school stabbing. The 17-year-old is facing attempted assault and criminal possession of a weapon charges, police said.

Police and the school district are also investigating how the student got the knife into the school building. The district installed metal detectors at each school building at the start of the year, WKTV reported.

https://nypost.com/2022/11/01/student-stabs-classmate-at-proctor-high-school-in-utica/



The 17-year-old is facing charges of attempted assault and criminal possession of a weapon.
WKTV

"Were looking at the metal detecting systems themselves, we're looking at the calibration," Acting Superintendent Brian Nolan told the local station. "The police are interviewing the assailant and trying to get information from him on how the weapon was brought into the school."

Investigators are also asking any students who recorded footage of the brutal assault to reach out to school administrators. The school district encouraged any witnesses traumatized by the attack to speak to their counselors.

---

**16** **What do you think? Post a comment.**

---

https://nypost.com/2022/11/01/student-stabs-classmate-at-proctor-high-school-in-utica/

Students at Proctor High School will not be allowed to exit the building during free periods and lunch for the remainder of the week.

Police will have "an increased presence" both inside the school building and outside as well.

**FILED UNDER**    HIGH SCHOOLS,  NEW YORK,  PUBLIC SCHOOLS,  STABBINGS,  UPSTATE NEW YORK,  11/1/22

**READ NEXT**    Emerson poll finds Hochul 8 points ahead of Zeldin before ...

https://nypost.com/2022/11/01/student-stabs-classmate-at-proctor-high-school-in-utica/