# Exhibit R

LOCAL NEWS | Latest Stories | Recent Videos | Upload News Photo/Video |

WKTV | Download Our Apps | Submit Weather Photo | Advertise With Us |

https://www.wktv.com/news/education/utica-city-school-district-to-replace-4-million-weapons-system-following-proctor-stabbing/article_322605fc-6628-11ed-9601-7fd85f15a455.html

# Utica City School District to replace $4 million weapons system following Proctor stabbing

By: WKTV
**Nov 16, 2022**

Weapons detector system to be replaced at Proctor

UTICA, N.Y. -- Following a stabbing at Proctor High School in October, Utica Schools have decided to phase out the nearly $4 million weapons system.

3/26/25, 11:03 AM
Case 1:24-cv-10761-ADB   Document 91-18   Filed 03/28/25   Page 3 of 3
Utica City School District to replace $4 million weapons system following Proctor stabbing | Education | wktv.com

Interim Superintendent Brian Nolan presented a report to the Board of Education stating that the Evolv Weapons System, needs to be replaced because it doesn't detect knives. In fact, it wasn't designed to do so. The board approved the purchase after former superintendent, Bruce Karam, said it would detect all weapons.

Following the stabbing, the district changed protocol. NewsChannel 2 spoke with Nolan who said the new equipment will cost the school $250,000 and the district will also be increasing the hours of the security staff.

As far as recouping the millions of dollars invested in the Evolv System, Nolan said the district will have to decide on what course of action they will take with the vendor.