# Exhibit U

**BOARD OF EDUCATION**
**UTICA CITY SCHOOL DISTRICT**
**REGULAR MEETING – TUESDAY, AUGUST 23, 2022 – 7:00 P.M.**
**Administration Building – 929 York Street – Kernan School**

BOARD MEMBERS PRESENT:                    Joseph H. Hobika, Presiding; Robert Cardillo, Donald Dawes, Tennille Knoop, Danielle Padula, James Paul, Dave Testa

ADMINSTRATORS PRESENT:                    Bruce Karam, Michele Albanese, Steve Falchi, Trina Falchi, Mike Ferraro, Don Gerace, Esq., Kathy Hughes, Michele LaGase, Haylee Lallier, Teresa Mathews, Alicia Mroz, Zach Nicotera, Paris Rich, Ed Simpson

****
## Public Comment to the Board of Education

President Hobika, Jr. called the Regular Meeting to order at 7:00 p.m.  After the Pledge of Allegiance, Board Clerk Kathy Hughes conducted roll call.  All members of the Board of Education were present.

President Hobika, Jr. asked that before we get started, I would like Mr. Falchi to introduce the building principals that are present today.

Mr. Falchi introduced the principals in the audience. Mrs. Kalavazoff (Albany School); Miss Belden (Hughes School); Mrs. Galinski (Conkling School); Ms. Sikora (M.L. King School); Ms. Gerling (Columbus School); Mr. Clark (John F. Kennedy Middle School); Mr. Gifford (Thomas R. Proctor High School); Ms. Cotter (General Herkimer School); and Ms. DeDominick (Kernan School)

Mrs. Padula:  Mr. Hobika said I can talk about spirit.  I just want to thank all the principals for coming.  I hope you had a wonderful summer.  As a parent, as a Board Member, as a Utica resident I appreciate you all and your time and effort that you put into our next generation of leaders.  You're such positive role models and I'm so happy to have all the Raiders and now Junior Raiders throughout all the buildings.  On behalf of the whole Board, I'm sure we appreciate you guys and we know how hard you work and we really, really appreciate it.

****
## Presentations

### Durham Bus Company – Transportation Update, Brett Wester, Region Manager for Durham School Services and Brian McCann

Mr. Wester presented an update for Durham Bus Company.

### Questions from the Board Members:

Mr. Dawes:  Real quick…with anticipated drivers coming on and what you already have, where are we going to be on September 6th when school opens?

Mr. Wester:  This is the expected amount that we have right now.  We are meeting with Zach and we're finalizing all the routes right now with final tweaks and things like that. We're meeting with Zach early next week to make sure that we can fill the gaps for the first couple weeks of school.  I will be honest with you.  I'm also in the Albany area, I

Mr. Williams:  They won't.  What I did sir was I turned around and I elected several security officers with seniority and with electronical knowledge. I'm using them as my top instructors.  Like being a Police Officer, we have what we call a Field Training Program. As they conduct their training as security, they will be taught on that too.

President Hobika, Jr.:  Ok, good.

Mrs. Padula:  Will it slow down getting children into school?  Is it a pretty like steady flow of traffic that can go through or if like the weather is bad is it going to create a long line.

Mr. Williams:  That's a great question.  One of the first questions that Mr. Karam had with Evolv and Day was that question, he wanted to know.  They said when they use it at major functions, such as I would say like at football games, they use it at Super Bowl, they use it at Great Escape, they use it at Disney World.  Mr. Falchi just told me they actually have it there.  To make a long story short, they use that and actually the crowd (the way we were told and the statistics show) they can actually move through a double unit over 3,000 people in one hour.  It's a lot better than wanding.  It's a lot faster. With the high school as I told you that I talked to Mr. Gifford, and we planned this out to a point where we said let's have more units to have a faster flow coming in and that's what we're hoping for. Don't get me wrong, please remember this is in the beginning stage of it.  We're going to have kinks. Just give me a chance and we'll make it flow.

Mrs. Padula:  We'll do that.

Mrs. Knoop:  How are we assuring that the rest of the doors especially at Proctor there are multiple doors; how are we making sure that students aren't opening doors, all doors are being monitored and closed at all times and that's the only entrance that they're using.  They're not going for lunch and coming back and going through a different door.  The kids open the doors and all that.  How are we assuring that that's not happening so somebody is not getting in.

Mr. Williams:  One security post.  We don't have enough security to do all the doors, but we have them in the vicinity. We have the eyes in the sky – that's the going to be the monitoring room, the camera system. We have them doing it also.  We also are deactivating some of the doors from people entering them with the pass cards and stuff like that. We've had problems with the doors being propped open, but I can assure you with that and with the outside patrol car going around and doing perimeter checks of the school, checking the doors, checking the outside, watching who's coming into our perimeter I feel good with it.  Talking with the Chief of Police like last year, he allowed us to have the Police Officers actually get into the car and drive around with the red shirt security officers too.  That's what we are doing and we're going to look into more.  We are going to look into possible alarms, some types of sensors and things like that.  I've talked to Mr. Ferraro about it, I talked to other people about it and that's what we're looking to do.

President Hobika, Jr.:  Anything about the elementary schools that you want to talk about?

Mr. Williams:  John Syrotynski went around to the schools, and I asked him to do a survey check on signage and crosswalks.  I want to make sure that it's visible number one; and number two I want to make sure that they're there.  Like as you know, people will say it wasn't there, I didn't see it.  I want to make sure that it's there.  The City of Utica went around, and I think a lot of people saw that.  If you see at the intersections that have those big lime green bright signs up.  They are all over the place now and we made sure that they were there at all the schools.  If you go to Albany School right now, for example there are signs all over – crosswalks, this, that, children crossing. We see that now.  We made sure the signs are there and they're actually all there.  Crosswalks we have 2 locations that they were not there.  One is going to be in front of Columbus School and that's because of the paving.  I will contact Mike Mahoney from the Engineering Department to take care of that situation.  Right now, in front of Jefferson there is not a crosswalk, they're paving the roads.  I'm going to contact him regarding that too.  The city is responses is wonderful as long as we have clear weather and obviously no snow on the ground.

Mrs. Padula:  Anything with the bus loops?