Exhibit V

**BOARD OF EDUCATION**
**UTICA CITY SCHOOL DISTRICT**
**REGULAR MEETING – JANUARY 24, 2023 – 7:00 P.M.**
**Administration Building – 929 York Street – Kernan School**

BOARD MEMBERS PRESENT: Joseph H. Hobika, Presiding; Robert Cardillo, Donald Dawes, Tennille Knoop, Danielle Padula, James Paul, Dave Testa

ADMINSTRATORS PRESENT: Brian Nolan, Michele Albanese, Steve Falchi, Trina Falchi, Mike Ferraro, Shawna Fleck, Kathy Hughes, Sara Klimek, Teresa Mathews, Pam Smoulcey, Zach Nicotera, Vincent Perrotta, Paris Rich

STUDENT REPRESENTATIVE PRESENT: Tha Da Mwee Kyet

---

**\*\*\*\***

## Public Comment to the Board of Education

President Hobika, Jr. called the Regular Meeting to order at 7:00 p.m.  After the Pledge of Allegiance, Board Clerk Kathy Hughes conducted roll call.  All members of the Board of Education were present.

**\*\*\*\***

## Student Recognition, Employee, and Community Recognition

President Hobika, Jr. stated that on the agenda we had student and employee recognition. We are actually going to defer that until next month.

**\*\*\*\***
## Presentations

### Durham Bus Company – Transportation Update - Zachary Nicotera, Transportation Supervisor

Mr. Nicotera presented a transportation update to the Board of Education.

### Questions from Board Members:
None

**\*\*\*\***

President Hobika, Jr. requested a motion based on our Executive Session.  I need a motion to continue the paid administrative leave for an employee who was discussed by the Board of Education in Executive Session pending final determination of the investigation or any appeals.

**Mr. Paul made the motion to continue the paid administrative leave for an employee who was discussed by the Board of Education during Executive Session pending final determination of the investigation or any appeals.  This motion was seconded by Mrs. Padula.**

**President Hobika, Jr. called for a voice vote:**

January 24, 2023 – 7:00 p.m.                                                    Regular Meeting

**FOR ACTION:**                    Volume LVII                    Report No. S – 128

**SUBJECT:**                    **Lease Agreement between the Utica City School District and the Mohawk Valley Hospital System**

Authorization is requested of the Board of Education to approve the Lease Agreement dated January 25, 2023, between the Utica City School District and the Mohawk Valley Hospital System to lease out the Evolv Weapons Detection System for the amount of $1,500 per month.

**Moved by Mr. Dawes and seconded by Mrs. Padula.**

Mr. Dawes:  I have a question of liability.  I wish Mr. Gerace was here.  If this system wasn't any good for what we're doing and we're going to lease it out to the hospital, it makes no sense to me.  What's the difference people walking in the hospital or walking into a school.  I do remember reading in the paper that 200 schools in the state have this system along with stadiums.  I'm a little confused.  Are we putting ourselves in jeopardy here because if it doesn't work are they going to come back at us?

President Hobika, Jr.:  Any other questions?

Mrs. Knoop:  Mr. Dawes, were you part of the meeting with Mr. Karam on the Weapons Detection Service when they told you it didn't detect knives?

Mr. Dawes:  Yes.

Mrs. Knoop:  Thank you.

Mr. Dawes:  They said it would not detect all knives because of the different shapes and sizes, but it would detect weapons - guns…

Mrs. Knoop:  I just wanted to make it clear that that was at the meeting because it wasn't what was publicly told.

Mr. Dawes:  I understand that it was in the Executive Session that they told us.

Mrs. Knoop:  But publicly, it wasn't what was presented to the public.  I just wanted to make that clear.

Mr. Paul:  Real quick, I'm sure our Legal Department will indemnify us with that contract from a general liability standpoint.

President Hobika, Jr. called for a voice vote:

| | |
|---|---|
| Mr. Cardillo | No |
| Mr. Dawes | No |
| Mr. Hobika, Jr. | **Yes** |
| Mrs. Knoop | **Yes** |
| Mrs. Padula | **Yes** |
| Mr. Paul | **Yes** |
| Mr. Testa | No |

There being no further discussion, **motion carried 4-3.**

January 24, 2023 – 7:00 p.m.                                        Regular Meeting