**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

**Challenged Statements in the Second Amended Complaint ("SAC"):**

I.    **Product Effectiveness Statements** ....................................................................... 2

    A.  "Reliably Detect" Statements ........................................................................ 2

    B.  Risk Disclosures ............................................................................................ 3

    C.  Peter George's Fox Business Appearance ...................................................... 6

    D.  Evolv's Blog Post Titled "NCS and Evolv Express" ...................................... 6

    E.  Evolv's Announcement of SAFETY Act Designation ..................................... 7

II.   **Revenue Recognition** ........................................................................................... 8

    A. Recognized Revenue ....................................................................................... 8

    B. Financial Results and Reported Revenue ........................................................ 9

    C. Internal Controls Over Financial Reporting .................................................... 9

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

## I.    Product Effectiveness Statements

### A.  "Reliably Detect" Statements

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶ 115 | "Evolv Technologies Holdings, Inc. [. . .] *is a global leader in Artificial Intelligence ('AI') - based weapons detection for security screening*. Our mission is to make the world a safer and more enjoyable place to work, learn, and play. We are democratizing security by making it seamless for facility operators to address the chronic epidemic of escalating gun violence, mass shootings and terrorist attacks in a cost-effective manner while improving the visitor experience.<br><br>*Unlike traditional walk-through metal detectors*, our touchless security screening solutions use AI software, software as a service ('SaaS') cloud services and advanced sensors to *reliably detect dangerous weapons while significantly reducing nuisance alarms from harmless personal items.* This means that visitors can walk through our solution without stopping, without removing items from their pockets or bags, and without having to form a single file line. *Our products significantly reduce the number of false positive alarms,* allowing security staff to focus their attention on high probability threats.<br><br>*    *    *<br><br>We are a global leader in AI-based weapons detection for security screening. *Unlike conventional walk-through metal detectors*, our products use advanced sensors, artificial intelligence software, and cloud services to *reliably detect guns, improvised explosives, and large knives* while ignoring harmless items like phones and keys. This not only enhances security at venues and facilities but also improves the visitor experience by making screening up to ten times faster than alternatives at *up to 70% lower total cost.*" | Registration Statement (with "substantially the same" language in the Forms 10-K for 2021, 2022, and 2023 (¶ 116))<br><br>6/28/2021 to 2/29/2024 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

## B. Risk Disclosures

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶ 112 | "***If Evolv's products fail or are perceived to fail to detect threats such as a firearm or other potential weapon or explosive device, or if its products contain undetected errors or defects, these failures or errors could result in injury or loss of life, which could harm its brand and reputation and have an adverse effect on its business and results of operations.***<br><br>***If Evolv's products fail or are perceived to fail to detect and prevent attacks or if its products fail to identify and respond to new and increasingly complex and unpredictable methods of attacks, its business and reputation may suffer.*** There is no guarantee that its products will detect and prevent all attacks, especially in light of the rapidly changing security landscape to which it must respond, as well as unique factors that may be present in its customers' operating environments. Additionally, its products may falsely detect items that do not actually represent threats. These false positives may impair the perceived reliability of its products, and may therefore adversely impact market acceptance of its products, and could result in negative publicity, loss of customers and sales and increased costs to remedy any problem.<br><br>Evolv's products, which are complex, may also contain undetected errors or defects when first introduced or as new versions are released. Evolv has experienced these errors or defects in the past in connection with new products and product upgrades. It expects that these errors or defects will be found from time to time in the future in new or enhanced products after commercial release. Defects may result in increased vulnerability to attacks, cause its products to fail to detect security threats, or temporarily interrupt its products' ability to screen visitors in a customer's location. Any errors, defects, disruptions in service or other performance problems with its products may damage its customers' business and could harm its reputation. ***If its products fail to detect security threats for any reason, it may*** | Registration Statement (with "substantially the same" language in the Forms 10-K for 2021, 2022, and 2023 (¶ 113))<br><br>6/28/2021 to 2/29/2024 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| | *incur significant costs, the attention of its key personnel could be diverted, its customers may delay or withhold payment to us or elect not to renew or cause other significant customer relations problems to arise.*" | |
| ¶ 121 | "*The loss of designation of our Evolv Express system as a Qualified Anti-Terrorism Technology under the Homeland Security SAFETY Act could result in adverse reputational and financial consequences.*<br><br>Our Evolv Express system has been awarded the U.S. Department of Homeland Security ('DHS') SAFETY Act Designation as a Qualified Anti-Terrorism Technology. Technologies that are awarded the SAFETY Act Designation have undergone rigorous use and review to meet and/or exceed the DHS' performance standards that include examination of test results for weapons detection, operational use and effectiveness, manufacturing and quality assurance practices, and customer feedback. Any amendments or interpretive guidance related to the SAFETY Act may affect our ability to retain our SAFETY Act Designation, may increase the costs of compliance, and/or may negatively impact our ability to attract new customers. Because we view our SAFETY Act Designation as a differentiating factor among our industry peers, if laws and regulations change relating to the SAFETY Act or if we fail to comply with the SAFETY Act's requirements, our business, financial condition, results of operations, and stock price could be materially and adversely affected.*" | Form 10-K for 2022 Risk Disclosure Regarding Loss of SAFETY Act Designation (with "substantially the same" language in the Form 10-K for 2023 (¶ 122))<br><br>3/24/2023 to 2/29/2024 |
| ¶ 124 | "*Evolv's brand, reputation and ability to attract, retain and serve its customers are dependent in part upon the reliable performance of its products and infrastructure.*<br><br>Evolv's brand, reputation and ability to attract, retain and serve its customers are dependent in part upon the reliable performance of, and the ability of its existing customers and new | Registration Statement's Risk Disclosure on Product Liability (with "substantially the same" language |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| | customers to access and use, its solutions, including realtime analytics and intelligence. Evolv has experienced, and may in the future experience, disruptions, outages and other performance problems due to a variety of factors, including infrastructure changes, equipment failure, human or software errors, capacity constraints, and fraud or cybersecurity attacks. In some instances, it may not be able to identify the cause or causes of these performance problems within an acceptable period of time. Interruptions in its systems or the third-party systems on which it relies, whether due to system failures, computer viruses, physical or electronic break-ins, or other factors, could affect the security or availability of its products, network infrastructure, cloud infrastructure and website. <br><br> ***Problems with the reliability or security of its systems could harm its reputation. Damage to its reputation and the cost of remedying these problems could negatively affect its business, financial condition and operating results.*** Additionally, its third-party hosting suppliers have no obligations to renew their agreements with us on commercially reasonable terms or at all, and certain of the agreements governing these relationships may be terminated by either party at any time. If Evolv is unable to maintain, renew, or expand its agreements with these providers on commercially reasonable terms, it may experience costs or downtime as it transitions its operations." | in Forms 10-K for 2021, 2022, and 2023 (¶ 125)) <br><br> 6/28/2021 to 2/29/2024 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

### C.  Peter George's Fox Business Appearance

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶ 114 | "We have the signatures for all the weapons in the world [. . .] we've written the machine learning algorithms *for all the guns, all the bombs, and all the large tactical knives in the world and our sensor system can identify those signatures quickly, send an alert, and will stop it before it gets into the venue.*" | Fox Business Interview<br><br>7/23/2021 |

### D.  Evolv's Blog Post Titled "NCS and Evolv Express"

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶ 118 | "**Key Findings:**<br><br>*The operational exercise incorporated forty-one functional areas, with Express earning an overall composite score of 2.84.* This score reflects that, on average, Express met the criteria established for this exercise. In fact, overall, Express performed very well. Scores in the categories evaluated during the exercise are presented below. It's important to note that, as a practice, Evolv does not publicly share any details that could compromise our customer's security process. Therefore, specific details such as actual weapon makes and models, images, | Announcement on Evolv's Website of NCS Results<br><br>3/23/2022 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| | etc. are not included here, but we do share this sensitive information with our customers privately in a responsible manner. <br><br> . . . <br><br> The fact is, technology, environmental conditions, architectural structures, conops, and staff training are all important factors that affect screening effectiveness. It's possible to eliminate many or all of the problematic factors in a controlled environment. ***It's not possible to do that in a real-world environment, and that's why I'm so proud of these Express results from NCS[4].***" | |

### E.   Evolv's Announcement of SAFETY Act Designation

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶ 120 | "This Designation demonstrates Evolv's belief that the security industry demands a new standard for security screening that can adequately address threats to crowds where people gather without impacting their experience. ***The pinpointed accuracy of threats detected, insightful analytics that help improve security operations, and the continual improvements through machine learning are features that set Evolv apart from existing standards.*** Evolv Express is the only high-throughput weapons detection screening system to achieve SAFETY Act Designation." | Announcement on Evolv's Website of SAFETY Act Designation <br><br> 3/31/2022 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

## II.    Revenue Recognition

### A.  Recognized Revenue

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶ 126 | "***The Company recognizes revenue in accordance with ASC 606.*** We derive revenue primarily from the sale of our products, subscriptions, maintenance, and services to customers.<br><br>In addition to selling its products directly to customers, Evolv enters into leasing arrangements ('subscriptions') and maintenance contracts with customers. Lease terms are typically four years. Both subscription revenue and maintenance are recognized ratably over the period of the arrangement. We also provide installation and training services for our products. Revenue is recognized upon the completion of these services." | Registration Statement and ASC 606 (with substantially the same language in Forms 10-K for 2021, 2022, and 2023 (¶¶ 127–29))<br><br>6/28/2021 to 2/29/2024 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

### B.  Financial Results and Reported Revenue

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶¶ 131–56 | • Registration Statement;<br>• Forms 10-K for 2022 and 2023;<br>• Forms 10-Q for Q1 2022, Q2 2022, 3Q 2022, 1Q 2023, 2Q 2023, 3Q 2023, 1Q 2024, and 2Q 2024; and<br>• Press releases dated August 16, 2021, November 10, 2021, March 14, 2022, May 11, 2022, August 10, 2022, November 9, 2022, March 1, 2023, May 10, 2023, August 10, 2023, October 12, 2023, November 9, 2023, February 29, 2024, May 9, 2024, and August 8, 2024. | Various financial reports<br><br>6/28/2021 to 8/8/2024 |

### C.  Internal Controls Over Financial Reporting

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| ¶ 157 | "In the course of preparing the financial statements that are included in this proxy statement/prospectus, management has determined that we have material weaknesses in our internal control over financial reporting. These material weaknesses primarily pertain to maintaining effective segregation of duties, timely reconciliation, analysis of certain complex, non routine transactions, maintaining effective controls over information technology general controls for systems that are relevant to the preparing of financial statements and the ability to produce financial statements on a public company timeline. We have concluded that these | Registration Statement<br><br>6/28/2021 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| | material weaknesses in our internal control over financial reporting occurred because, prior to this offering, we were a private company and did not have the necessary business processes, personnel and related internal controls to operate in a manner to satisfy the accounting and financial reporting timeline requirements of a public company." | |
| ¶¶ 128–29 | "We identified the following material weaknesses in our internal control over financial reporting as of December 31, 2020 that continue to exist as of September 30, 2021. . . .<br><br>We are in the process of designing and implementing controls and taking other actions to remediate the material weaknesses in internal control over financial reporting, including the following[.]" | Form 10-Q for 3Q 2021<br><br>11/15/2021 |
| ¶¶ 160–62 | "We did not design and maintain an effective control environment commensurate with our financial reporting requirements. Specifically, we lacked a sufficient complement of personnel with an appropriate level of internal controls and accounting knowledge, training and experience commensurate with our financial reporting requirements. Additionally, the limited personnel resulted in our inability to consistently establish appropriate authorities and responsibilities in pursuit of our financial reporting objectives, as demonstrated by, among other things, insufficient segregation of duties in our finance and accounting functions. This material weakness contributed to the following additional material weaknesses . . .<br><br>We did not design and maintain effective controls to ensure the recording of revenue transactions in the appropriate period. . . .<br><br>We have begun the process of, and are focused on, designing and implementing effective internal controls to improve our internal control over financial reporting and remediate the material weaknesses. Our efforts include a number of actions[.]" | Form 10-K for 2021 (with "substantially the same" language in Forms 1Q22 10-Q, 2Q22 10-Q, 3Q22 10-Q, 2022 10-K, 1Q23 10-Q, 2Q23 10-Q, 3Q23 10-Q, 2023 10-K, 1Q24 10-Q, and 2Q24 10-Q) |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| | | 3/28/2022 to 8/8/2024 |
| ¶¶ 163–65 | "We continue to be focused on designing and implementing effective internal controls to improve our internal control over financial reporting and remediate the material weaknesses. Our efforts include a number of actions:<br><br>We have hired additional accounting, internal audit, and IT personnel, to bolster our reporting, technical accounting, internal control, and IT capabilities. Additionally, we are in the process of designing and implementing controls to formalize roles and review responsibilities to align with our team's skills and experience and designing and implementing controls over segregation of duties.<br><br>We added finance personnel to the organization, including in fiscal 2022 a new Chief Financial Officer and a Chief Accounting Officer, to strengthen our internal accounting team, to provide oversight, structure and reporting lines, and to provide additional review over our accounting and financial reporting.<br><br>We have performed a financial statement risk assessment in order to identify material financial statement line items for which key controls are needed in order to ensure complete and accurate financial reporting. Additionally, we have engaged outside consultants to assist with the design and implementation of control activities resulting from the aforementioned risk assessment.<br><br>We have designed and implemented additional review and training procedures within Evolv's accounting and finance functions to enhance knowledge and understanding of internal control over financial reporting. | Form 10-Q for 2Q23 (with "substantially the same" language in the Form 10-K for 2023 and Forms 1Q 2024 and 2Q 2024)<br><br>8/10/2023 to 8/8/2024 |

**APPENDIX**

*In re Evolv Technologies Holdings Inc. Securities Litigation*
Case No. 1:24-cv-10761-ADB

| Reference in SAC | Challenged Statement | Source and Date |
|---|---|---|
| | *During the three months ended June 30, 2023, we implemented controls related to* (i) the period-end financial reporting process and classification of various accounts in our consolidated financial statements, including the presentation and disclosure of items in the consolidated statements of cash flows, (ii) *timely identification and accounting for non-routine, unusual and complex transactions, including controls over the preparation and review of accounting memorandum addressing these matters, (iii) revenue recognition, including non-routine complex revenue transactions that may also include the leasing of products and the recording of revenue transactions in the appropriate period*, and (iv) completeness and accuracy of accounts payable and accrued liabilities.<br><br>Additionally, we are in the process of designing and implementing controls related to:<br><br>the preparation and review of journal entries and account reconciliations to ensure proper segregation of duties; formal accounting policies, procedures and controls to achieve complete, accurate and timely financial accounting, reporting and disclosures; and information technology general controls, including controls over program change management, the review and update of user access rights and privileges, controls over batch jobs and data backups, and program development approvals and testing. To this end, we implemented a new Enterprise Resource Planning ('ERP') system in April 2022 and have implemented, and continue to implement, IT general controls related to the new system." | |