**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:24-CV-10761-ADB |

**DECLARATION OF JENNIFER B. LUZ IN SUPPORT OF DEFENDANT PETER GEORGE'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**

I, Jennifer B. Luz, declare as follows:

1.      I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendant Peter George. I respectfully submit this declaration in support of Defendant Peter George's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("SAC").

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Evolv Technologies Holdings, Inc.'s Form 10-K for its 2023 fiscal year, filed with the U.S. Securities and Exchange Commission ("SEC") on February 29, 2024, and retrieved from the SEC website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001805385/000162828024008053/nhic-20231231.htm.

3.      Attached hereto as Exhibit 2 is a true and correct transcript of Defendant Peter George's interview on news outlet Fox Business on July 23, 2021, transcribed by court reporter Sonya Ledanski Hyde with Veritext Legal Solutions on March 25, 2025, the video of which interview is available at https://www.foxbusiness.com/video/6264950868001.

I declare under penalty of perjury that the foregoing is true and correct.

2

Dated:  March 28, 2025

/s/ *Jennifer B. Luz*
Jennifer B. Luz (BBO No. 657739)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: 617-570-1000
Fax: 617-523-1231
JLuz@goodwinlaw.com

*Attorney for Defendant Peter George*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 28, 2025.

*/s/ Jennifer B. Luz*
Jennifer B. Luz