# EXHIBIT 1

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2023**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from   to**

**Commission file number: 001-39417**

**EVOLV TECHNOLOGIES HOLDINGS, INC.**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **84-4473840** |
| (State of Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **500 Totten Pond Road, 4th Floor, Waltham, Massachusetts** | **02451** |
| (Address of Principal Executive Offices) | (Zip Code) |

**Registrant's telephone number, including area code: (781) 374-8100**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| **Class A common stock, par value $0.0001 per share** | **EVLV** | **The Nasdaq Stock Market** |
| **Warrants to purchase one share of Class A common stock** | **EVLVW** | **The Nasdaq Stock Market** |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller reporting company ☒ | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes  ☐ No ☒

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant as of June 30, 2023, based on the closing price of $6.00 per share as reported on The Nasdaq Stock Market LLC, was approximately $722.8 million.

As of February 28, 2024, the registrant had 152,182,633 shares of Class A common stock, par value $0.0001 per share, outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

Certain portions of the information required to be furnished pursuant to Part III of this Annual Report on Form 10-K will be set forth in, and incorporated by reference from, the registrant's definitive proxy statement for the annual meeting of stockholders which will be filed with the Securities and Exchange Commission no later than 120 days after the end of the fiscal year ended December 31, 2023.

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---:|
| PART I | | 6 |
| | Item 1. Business | 6 |
| | Item 1A. Risk factors | 16 |
| | Item 1B. Unresolved Staff Comments | 46 |
| | Item 1C. Cybersecurity | 46 |
| | Item 2. Properties | 47 |
| | Item 3. Legal Proceedings | 47 |
| | Item 4. Mine Safety Disclosures | 47 |
| PART II | | 48 |
| | Item 5. Market For Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 48 |
| | Item 6. [Reserved] | 48 |
| | Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations | 49 |
| | Item 7A. Quantitative and Qualitative Disclosures About Market Risks | 66 |
| | Item 8. Financial Statements and Supplementary Data | 67 |
| | Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosures | 109 |
| | Item 9A. Controls and Procedures | 109 |
| | Item 9B. Other Information | 112 |
| | Item 9C. Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 112 |
| PART III | | 113 |
| | Item 10. Directors, Executive Officers, and Corporate Governance | 113 |
| | Item 11. Executive Compensation | 117 |
| | Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 118 |
| | Item 13. Certain Relationships and Related Transactions, and Director Independence | 118 |
| | Item 14. Principal Accountant's Fees and Services | 118 |
| PART IV | Item 15. Exhibits and Financial Statement Schedules | 119 |
| | Item 16. Form 10-K Summary | 121 |
| | Signatures | 122 |

products teams are led by accomplished and visionary technologists and scientists who have many years of experience in relevant fields. Our commercialization efforts are managed by individuals with prior successes in building and scaling both direct and indirect, reseller-driven global sales organizations.

- ***Self-Reinforcing Adoption Cycle***

We believe that as we acquire more customers and deploy more of our products, we gather more digital data that helps us improve the detection accuracy and performance of our systems and provide deeper analytic insights to our customers. As the accuracy and analytic insight of our systems increases, we believe more prospective customers will be attracted to our products and more engaged prospects will choose to purchase our products. We anticipate that this cycle will continue to operate in the future, creating ongoing competitive advantages for us and our reseller partners.

## Our Products

Since our founding in 2013, we have developed an extensive portfolio of proprietary technologies that form the foundation of our integrated security screening products, which are comprised of artificial intelligence software, cloud services, and advanced sensors.

### Evolv Express

Our flagship product is Evolv Express, a touchless security screening system designed to quickly detect firearms, improvised explosive devices, and large tactical knives in unstructured people flows. Evolv Express currently supports a maximum screening throughput of approximately 4,000 people per hour. Evolv Express became commercially available in October 2019. The number of Evolv Express solutions deployed across our customer base grew from 2,267 at December 31, 2022 to 4,505 at December 31, 2023. We believe that the number of Evolv Express solutions deployed is closely correlated to our revenues.

### Evolv Insights Analytics Application

We collect a significant amount of anonymous data from every visitor that passes through one of our Evolv Express solutions. This data allows us to generate analytics that appear in our Evolv Insights application. Evolv Insights provides self-serve access, insights regarding visitor flow and arrival curves, location specific performance, system detection performance and alarm statistics, and comparisons across multiple business dimensions. Using Evolv Insights, organizations use the powerful dashboards and metrics provided to inform their security decisions, operationalize the way their security and venue operations teams make staffing and traffic flow decisions to avoid overcrowding, rebalance security and operational resources, and improve the overall experience for their guests.

### Sales Models

We sell our solutions under two primary sales models. We offer a pure subscription agreement that bundles our AI-software, cloud services, and advanced sensor equipment. The SaaS agreement generally provides customers access to our solution for a defined time, usually with a multi-year term, annual pre-payment installments, and no right of cancellation for convenience. For end-user customers that prefer to purchase our hardware outright, we offer our distributor licensing model based on a distributor licensing agreement (the "Distribution and License Agreement") we entered into with Columbia Electrical Contractors, Inc. ("Columbia Tech") in March of 2023. Columbia Tech, a wholly-owned subsidiary of Coghlin Companies, currently serves as our primary contract manufacturer. Under this arrangement, we have granted a license of our intellectual property to Columbia Tech, which contracts directly with certain of our resellers to fulfill sales demand where the end-user customer prefers to purchase the hardware equipment. Columbia Tech pays us a hardware license fee for each system it manufactures and sells under this agreement. In these instances, we still contract directly with the reseller to provide a multi-year security-as-a-service subscription to the end-users. Under the distributor licensing model, the title to the related hardware equipment is transferred to the end-user customer by Columbia Tech. We also directly offer short-term rental agreements for our solutions and allow certain reseller partners to offer rental terms to customers under certain conditions.

We also have historically sold our systems under a purchase subscription model, where customers purchase the hardware from us, and we provide a multi-year security-as-a-service subscription. However, except in limited circumstances, we do not plan to offer this sales model in future periods.

11

**EVOLV TECHNOLOGIES HOLDINGS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**(In thousands, except share and per share amounts)**

| | | December 31, | | |
|---|---|---|---|---|
| | | **2023** | | **2022** |
| Revenue: | | | | |
| Product revenue | $ | 21,977 | $ | 31,985 |
| Subscription revenue | | 37,247 | | 17,569 |
| Service revenue | | 16,141 | | 4,331 |
| License fee and other revenue | | 5,053 | | 1,310 |
| Total revenue * | | 80,418 | | 55,195 |
| Cost of revenue: | | | | |
| Cost of product revenue | | 26,667 | | 41,575 |
| Cost of subscription revenue | | 14,991 | | 7,469 |
| Cost of service revenue | | 3,982 | | 2,200 |
| Cost of license fee and other revenue | | 949 | | 2,222 |
| Total cost of revenue | | 46,589 | | 53,466 |
| Gross profit | | 33,829 | | 1,729 |
| Operating expenses: | | | | |
| Research and development | | 24,455 | | 18,771 |
| Sales and marketing | | 55,223 | | 46,639 |
| General and administrative | | 42,091 | | 37,719 |
| Loss from impairment of property and equipment | | 322 | | 1,161 |
| Total operating expenses | | 122,091 | | 104,290 |
| Loss from operations | | (88,262) | | (102,561) |
| Other income (expense), net: | | | | |
| Interest expense | | (654) | | (712) |
| Interest income | | 6,227 | | 3,165 |
| Other expense, net | | (84) | | (64) |
| Loss on extinguishment of debt | | (626) | | — |
| Change in fair value of contingent earn-out liability | | (14,901) | | 6,988 |
| Change in fair value of contingently issuable common stock liability | | (3,138) | | 1,872 |
| Change in fair value of public warrant liability | | (4,765) | | 4,906 |
| Total other income (expense), net | | (17,941) | | 16,155 |
| Loss before income taxes | | (106,203) | | (86,406) |
| Provision for income taxes | | (51) | | — |
| Net loss | $ | (106,254) | $ | (86,406) |
| | | | | |
| Weighted average common shares outstanding – basic and diluted | | 149,168,105 | | 143,858,668 |
| Net loss per share - basic and diluted | $ | (0.71) | $ | (0.60) |
| | | | | |
| Net loss | $ | (106,254) | $ | (86,406) |
| Other comprehensive loss | | | | |
| Cumulative translation adjustment | | (43) | | (10) |
| Total other comprehensive loss | | (43) | | (10) |
| Total comprehensive loss | $ | (106,297) | $ | (86,416) |

\*    Includes related party revenue of $11.3 million and $13.5 million for the years ended December 31, 2023 and 2022, respectively.

The accompanying notes are an integral part of these consolidated financial statements.

72