UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS INC. SECURITIES LITIGATION | Civil Action No. 1:24-cv-10761-ADB |

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**

Lead Plaintiff Robert Falk ("Lead Plaintiff"), and additional plaintiffs Chris Williams, Tim R. Carrillo, and Chris Swanson (together with Lead Plaintiff, "Plaintiffs") and Defendants Evolv Technologies Holdings, Inc. ("Evolv"), Peter George, Mark Donohue, Mario Ramos, Kevin Charlton, Thomas J. Sullivan, Charles Goldman, Charles Baynes-Reid, Adam Deutsch, Marc Saiontz, Kathleen Harris, Brian Mathis, Neil Glat, and Sezaneh Taherian (collectively, "Defendants," and with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation and Proposed Order to stay proceedings and to defer the Court's ruling on the pending motions to dismiss while the Parties mediate and attempt to resolve the claims.

WHEREAS, Plaintiff Gerald Raby filed this action on March 25, 2024 (ECF No. 1);

WHEREAS, on September 20, 2024, the Court appointed Lead Plaintiff Robert Falk as lead plaintiff and approved his selection of Glancy Prongay & Murray LLP as Lead Counsel and Andrews DeValerio LLP as Liaison Counsel (ECF No. 48);

WHEREAS, on November 20, 2024, Lead Plaintiff filed an amended complaint (ECF No. 64);

WHEREAS, on December 30, 2024, the Court granted the Parties' stipulation for the filing of a second amended complaint and a schedule for Defendants' anticipated motion(s) to dismiss (ECF No. 83);

1

WHEREAS, on January 27, 2025, Plaintiffs filed a second amended complaint ("SAC," ECF No. 84);

WHEREAS, on March 28, 2025, Defendants filed motions to dismiss the SAC (ECF Nos. 90, 95) and a request for judicial notice (ECF No. 94);

WHEREAS, on May 19, 2025, the Court granted the Parties' stipulation for a 4-week extension of Plaintiffs' deadline to file opposition briefs to Defendants' motions to dismiss (ECF Nos. 101, 102);

WHEREAS, on June 24, 2025, Plaintiffs opposed Defendants' motions to dismiss and request for judicial notice (ECF Nos. 103, 104, 105);

WHEREAS, the Parties have agreed to participate in private mediation on August 5, 2025;

WHEREAS, a stay of this litigation would enable the Parties to focus on the mediation process without incurring further litigation expenses and would likewise conserve judicial resources in the event that the Parties resolve the action; and

WHEREAS, Defendants reserve the right to seek leave to file reply briefs in further support of their motions to dismiss, Plaintiffs reserve the right to oppose any such request or to seek leave to file a sur-reply brief in further support of their oppositions to Defendants' motions to dismiss, and Defendants reserve the right to oppose any request by Plaintiffs to file a sur-reply:

NOW, THEREFORE, the Parties stipulate to the foregoing and respectfully request that the Court enter an order as follows:

1. This Action is stayed pending mediation;
2. Within fourteen (14) days of the scheduled mediation, the Parties will file a joint status report to update the Court on the status of mediation; and
3. The Court shall defer ruling on the pending motions to dismiss during the stay.

DATED: June 27, 2025

| | |
|---|---|
| /s/ Daryl Andrews | /s/ Jamie A. Levitt |
| **ANDREWS DEVALERIO LLP** | **MORRISON & FOERSTER LLP** |
| Glen DeValerio (BBO #122010) | Nathaniel R. Mendell (BBO# 645283) |
| Daryl Andrews (BBO #658523) | 200 Clarendon Street, Floor 21 |
| P.O. Box 67101 | Boston, MA 02116-5021 |
| Chestnut Hill, MA 02467 | Telephone: (617) 648-4700 |
| Telephone: (617) 999-6473 | Facsimile: (617) 830-0142 |
| Email: glen@andrewsdevalerio.com | Email: NMendell@mofo.com |
| daryl@andrewsdevalerio.com | |

*Liaison Counsel for Lead Plaintiff Robert Falk and Liaison Counsel for the Class*

Jamie A. Levitt (admitted pro hac vice)
Jocelyn E. Greer (admitted pro hac vice)
250 West 55th Street,
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
jgreer@mofo.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Casey E. Sadler (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel for the Class*

*Counsel for Defendants Evolv Technologies Holdings, Inc., Mark Donohue, Mario Ramos, Kevin Charlton, Thomas J. Sullivan, Charles Goldman, Charles Baynes-Reid, Adam Deutsch, Marc Saiontz, Kathleen Harris, Brian Mathis, Neil Glat, and Sezaneh Taherian*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Plaintiff Chris Swanson*

/s/ Jennifer B. Luz
**GOODWIN PROCTER LLP**
R. Todd Cronan (BBO No. 542466)
Jennifer B. Luz (BBO No. 657739)
Brendan Blake (BBO No. 710755)
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Defendant Peter George*

3

**SO ORDERED.**

Dated: _____, 2025 　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Allison D. Burroughs
　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of June, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                      s/ *Daryl Andrews*
                                      Daryl Andrews

.