UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS INC. SECURITIES LITIGATION | Civil Action No. 1:24-cv-10761-ADB |

**JOINT STATUS REPORT**

Lead Plaintiff Robert Falk and additional plaintiffs Chris Williams, Tim R. Carrillo, and Chris Swanson ("Plaintiffs") and Defendants Evolv Technologies Holdings, Inc. ("Evolv"), Peter George, Mark Donohue, Mario Ramos, Kevin Charlton, Thomas J. Sullivan, Charles Goldman, Charles Baynes-Reid, Adam Deutsch, Marc Saiontz, Kathleen Harris, Brian Mathis, Neil Glat, and Sezaneh Taherian (collectively, "Defendants," and together with Plaintiffs, the "Parties"), respectfully submit this Joint Status Report to update the Court following the private mediation session held on August 5, 2025.

The Parties have agreed to the material terms of a settlement, which includes, and is subject to a due diligence process whereby Plaintiffs will be provided document discovery and will conduct interviews with representatives of Evolv to assess representations made by Defendants at the mediation and confirm the adequacy of the settlement. Simultaneously with this process, the Parties will negotiate the Stipulation and Agreement of Settlement, as well as the ancillary documents, including the Preliminary Approval Order, Long Notice, Summary Notice, Postcard Notice, Claim Form, Judgment, and Supplemental Agreement.

Having met and conferred, the Parties believe that they will be able to complete the due diligence process, finish documenting the settlement and, assuming the settlement is not terminated following the due diligence process, file the Motion for Preliminary Approval by December 15, 2025. Accordingly, the Parties respectfully request that the Court (i) continue the June 30, 2025 stay order (ECF No. 107), (ii) defer ruling on the pending motions to dismiss, and

(iii) order Plaintiffs to file the Motion for Preliminary Approval by December 15, 2025, or, if the Parties cannot meet that deadline, for the Parties to jointly provide the Court with an update at that time.

| | |
|---|---|
| DATED: August 18, 2025 | Respectfully submitted, |
| */s/ Daryl Andrews* | */s/ Jamie A. Levitt* |
| **ANDREWS DEVALERIO LLP** | **MORRISON & FOERSTER LLP** |
| Glen DeValerio (BBO #122010) | Nathaniel R. Mendell (BBO# 645283) |
| Daryl Andrews (BBO #658523) | 200 Clarendon Street, Floor 21 |
| P.O. Box 67101 | Boston, MA 02116-5021 |
| Chestnut Hill, MA 02467 | Telephone: (617) 648-4700 |
| Telephone: (617) 999-6473 | Facsimile: (617) 830-0142 |
| Email: glen@andrewsdevalerio.com | Email: NMendell@mofo.com |
| daryl@andrewsdevalerio.com | |
| | Jamie A. Levitt (admitted pro hac vice) |
| *Liaison Counsel for Lead Plaintiff Robert Falk and Liaison Counsel for the Class* | 250 West 55th Street, |
| | New York, NY 10019 |
| | Telephone: (212) 468-8000 |
| **GLANCY PRONGAY & MURRAY LLP** | Facsimile: (212) 468-7900 |
| Robert V. Prongay | Email: jlevitt@mofo.com |
| Casey E. Sadler (admitted pro hac vice) | jgreer@mofo.com |
| 1925 Century Park East, Suite 2100 | |
| Los Angeles, CA 90067 | *Counsel for Defendants Evolv Technologies Holdings, Inc., Mark Donohue, Mario Ramos, Kevin Charlton, Thomas J. Sullivan, Charles Goldman, Charles Baynes-Reid, Adam Deutsch, Marc Saiontz, Kathleen Harris, Brian Mathis, Neil Glat, and Sezaneh Taherian* |
| Telephone: (310) 201-9150 | |
| Facsimile: (310) 201-9160 | |
| *Counsel for Plaintiffs and Lead Counsel for the Class* | |
| **THE LAW OFFICES OF FRANK R. CRUZ** | */s/ Jennifer B. Luz* |
| Frank R. Cruz | **GOODWIN PROCTER LLP** |
| 2121 Avenue of the Stars, Suite 800 | R. Todd Cronan (BBO No. 542466) |
| Los Angeles, CA 90067 | Jennifer B. Luz (BBO No. 657739) |
| Telephone: (310) 914-5007 | Brendan Blake (BBO No. 710755) |
| | 100 Northern Avenue |
| *Additional Counsel for Plaintiff Chris Swanson* | Boston, MA 02210 |
| | Telephone: (617) 570-1000 |
| | Facsimile: (617) 523-1231 |
| | *Counsel for Defendant Peter George* |

2

**SO ORDERED:**

Dated: \_\_\_\_\_, 2025

_____
Allison D. Burroughs
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of August, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        s/ *Daryl Andrews*
                                        Daryl Andrews

.