UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS INC. SECURITIES LITIGATION | Civil Action No. 1:24-cv-10761-ADB |

**JOINT STATUS REPORT AND [PROPOSED] ORDER**

Pursuant to the Court's Electronic Order entered August 19, 2025 (ECF No. 111), Lead Plaintiff Robert Falk and additional plaintiffs Chris Williams, Tim R. Carrillo, and Chris Swanson ("Plaintiffs") and Defendants Evolv Technologies Holdings, Inc. ("Evolv"), Peter George, Mark Donohue, Mario Ramos, Kevin Charlton, Thomas J. Sullivan, Charles Goldman, Charles Baynes-Reid, Adam Deutsch, Marc Saiontz, Kathleen Harris, Brian Mathis, Neil Glat, and Sezaneh Taherian (collectively, "Defendants," and together with Plaintiffs, the "Parties"), respectfully submit this Joint Status Report to update the Court on the status of the settlement.

As set forth in the Parties earlier Status Report (ECF No. 110), the settlement is subject to a due diligence process whereby Plaintiffs will be provided document discovery and will conduct interviews with two (2) mutually agreeable witnesses from Evolv to assess the representations made by Defendants at the mediation and confirm the adequacy of the settlement. The Parties have been diligently engaged in that process. Following substantial negotiations on the scope of the documents to be produced, on September 19, 2025, the Parties entered a stipulation providing for, *inter alia*, the confidential treatment of the discovery materials produced by Defendants, and the use of such materials only in the context of this settlement. From September 24, 2025 to November 4, 2025, Defendants produced over 8,800 documents spanning more than 70,000 pages concerning the matters at issue in the Complaint. Plaintiffs have been diligently reviewing the documents, but this review is ongoing. The Parties respectfully request an additional three months (until March 16, 2026) to provide adequate time for Plaintiffs to complete their review of the

1

documents, to conduct the two interviews, and to prepare and file the motion for preliminary approval.

Accordingly, the Parties respectfully request that the Court (i) continue the June 30, 2025 stay order (ECF No. 107), and (ii) order Plaintiffs to file the Motion for Preliminary Approval by March 16, 2026, or, if the Parties cannot meet that deadline, for the Parties to jointly provide the Court with an update at that time.

DATED:  December 15, 2025                                    Respectfully submitted,

*/s/ Daryl Andrews*
**ANDREWS DEVALERIO LLP**
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
P.O. Box 67101
Chestnut Hill, MA 02467
Telephone: (617) 999-6473
Email: glen@andrewsdevalerio.com
           daryl@andrewsdevalerio.com

*Liaison Counsel for Lead Plaintiff Robert Falk and Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Casey E. Sadler (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiffs and Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067

*/s/ Jamie A. Levitt*
**MORRISON & FOERSTER LLP**
Nathaniel R. Mendell (BBO# 645283)
200 Clarendon Street, Floor 21
Boston, MA 02116-5021
Telephone: (617) 648-4700
Facsimile: (617) 830-0142
Email: NMendell@mofo.com

Jamie A. Levitt (admitted pro hac vice)
250 West 55th Street,
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jlevitt@mofo.com
           jgreer@mofo.com

*Counsel for Defendants Evolv Technologies Holdings, Inc., Mark Donohue, Mario Ramos, Kevin Charlton, Thomas J. Sullivan, Charles Goldman, Charles Baynes-Reid, Adam Deutsch, Marc Saiontz, Kathleen Harris, Brian Mathis, Neil Glat, and Sezaneh Taherian*

*/s/ Jennifer B. Luz*
**GOODWIN PROCTER LLP**
R. Todd Cronan (BBO No. 542466)
Jennifer B. Luz (BBO No. 657739)
Brendan Blake (BBO No. 710755)

Telephone: (310) 914-5007

*Additional Counsel for Plaintiff Chris Swanson*

100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

*Counsel for Defendant Peter George*

**SO ORDERED:**

Dated: _____, 2025

_____
Allison D. Burroughs
United States District Judge

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of Decembr 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                              */s/ Daryl Andrews*
                                              Daryl Andrews

.