**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS INC. SECURITIES LITIGATION | Civil Action No. 1:24-cv-10761-ADB |

**UNOPPOSED MOTION FOR LEAVE FOR JOSEPH D. COHEN**
**TO APPEAR _PRO HAC VICE_**

Pursuant to Local Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, Daryl Andrews, a member of the bar of this Court and counsel for Lead Plaintiff Robert Falk and additional Plaintiffs Chris Williams, Tim R. Carrillo, and Chris Swanson ("Plaintiffs"), hereby moves that Joseph D. Cohen be granted leave to appear _pro hac vice_ before this court in the above-captioned matter.  In support thereof, Daryl Andrews respectfully submits as follows:

1. Mr. Cohen is a member in good standing in every jurisdiction where he has been admitted to practice.

2. There are no disciplinary proceedings against Mr. Cohen as a member of the bar in any jurisdiction.

3. Mr. Cohen has not previously had a _pro hac vice_ admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

4. Mr. Cohen has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.