**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS INC. SECURITIES LITIGATION | Case No. 1:24-cv-10761-ADB |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR**
**(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**
**(II) CERTIFICATION OF THE SETTLEMENT CLASS; AND**
**(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that lead plaintiff Robert Falk and additional plaintiffs Chris Williams, Tim R. Carrillo and Chris Swanson (collectively, "Plaintiffs"),[1] on behalf of themselves and all others similarly situated, hereby respectfully move this Court for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the putative Settlement Class for purposes of settlement only; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) setting a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the submission of Settlement Class Member requests for exclusion, the filing of Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses.

This motion is based upon the concurrently filed Memorandum of Law, the Sadler Declaration, and other such matters and argument as the Court may consider at the hearing on this motion. Defendants do not oppose this motion. Accordingly, Plaintiffs respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated April 13, 2026, which is attached as Exhibit 1 to the concurrently filed Declaration of Casey Sadler in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Sadler Declaration").

1

Dated: April 13, 2026                                      Respectfully submitted,


                                    _____*/s/ Joseph D. Cohen*_____
                                    **GLANCY PRONGAY WOLKE & ROTTER
                                    LLP**
                                    Joseph D. Cohen (admitted pro hac vice)
                                    Casey E. Sadler (admitted pro hac vice)
                                    1925 Century Park East, Suite 2100
                                    Los Angeles, CA 90067
                                    Telephone: (310) 201-9150
                                    jcohen@glancylaw.com
                                    csadler@glancylaw.com

                                    *Lead Counsel for Plaintiffs and the Proposed
                                    Settlement Class*

                                    **ANDREWS DEVALERIO LLP**
                                    Glen DeValerio (BBO #122010)
                                    Daryl Andrews (BBO #658523)
                                    P.O. Box 67101
                                    Telephone: (617) 999-6473
                                    glen@andrewsdevalerio.com
                                    daryl@andrewsdevalerio.com

                                    *Liaison Counsel for Plaintiffs*


                                    **THE LAW OFFICES OF FRANK R. CRUZ**
                                    Frank R. Cruz
                                    2121 Avenue of the Stars, Suite 800
                                    Los Angeles, CA 90067
                                    Telephone: (310) 914-5007
                                    fcruz@frankcruzlaw.com

                                    *Additional Counsel for Plaintiff Chris Swanson*

2

## PROOF OF SERVICE

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Joseph D. Cohen*
Joseph D. Cohen