**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE EVOLV TECHNOLOGIES HOLDINGS INC. SECURITIES LITIGATION | Case No. 1:24-cv-10761-ADB |

**DECLARATION OF CASEY SADLER IN SUPPORT OF**
**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Casey Sadler, declare the following pursuant to 28 U.S.C. §1746:

1.    I am a partner at the law firm Glancy Prongay Wolke & Rotter LLP ("GPWR"). GPWR is the Court-appointed lead counsel for lead plaintiff Robert Falk and additional plaintiffs Chris Williams, Tim R. Carrillo and Chris Swanson (collectively, "Plaintiffs") in the above-captioned action.  I make this declaration in support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class.  I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.    Attached as **Exhibit 1** is a true and correct copy of the Stipulation and Agreement of Settlement dated April 13, 2026.

3.    Attached as **Exhibit 2** is a true and correct copy of excerpts from a report by National Economic Research Associates, Inc., authored by Edward Flores and Svetlana Starykh, and titled *Recent Trends In Securities Class Action Litigation: 2025 Full-Year Review* (January 21, 2026).

4.    Attached as **Exhibit 3** is a Proposed Schedule of Events.

I declaration under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April, 2026.

*/s/ Casey E. Sadler*                

Casey E. Sadler (admitted *pro hac vice*)

1

**PROOF OF SERVICE**

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Joseph D. Cohen*
Joseph D. Cohen