# EXHIBIT 3

## PROPOSED SCHEDULE OF EVENTS

Plaintiffs respectfully propose the schedule below for Settlement-related events. The proposed schedule tracks those used in similar securities class action settlements and provides due process for potential Settlement Class Members with respect to their rights concerning the Settlement. The timing of events is determined by the date the Preliminary Approval Order is entered and the date the Settlement Hearing is scheduled. Plaintiffs request that Court schedule the Settlement Hearing at least 120 calendar days after entry of the Preliminary Approval Order, or at the Court's convenience thereafter. If this schedule is not convenient for the Court, Plaintiffs request the Court use the same or greater intervals between each event listed to allow sufficient time to comply with the Preliminary Approval Order.

| Event | Deadline for Compliance |
|---|---|
| Deadline for mailing the Postcard Notice or emailing a link to the Notice and Claim Form to Settlement Class Members (which date shall be the "Notice Date"). | Within 20 business days after entry of Preliminary Approval Order (¶7(b)) |
| Deadline for Posting the Stipulation, Preliminary Approval Order, Long Notice, and Proof of Claim on the Settlement Website. | Within 20 business days after entry of Preliminary Approval Order (¶7(c)) |
| Deadline for publishing the Summary Notice. | Within 10 business days after the Notice Date (¶7(d)) |
| Plaintiffs to file papers in support of the Settlement, the Plan of Allocation, and motion for attorneys' fees and expenses. | No later than 35 calendar days prior to Settlement Hearing (¶27) |
| Deadline for requests for exclusion and for objections. | No later than 21 calendar days prior to Settlement Hearing (¶¶14, 17) |
| Deadline for Proof of Claims. | No later than 90 calendar days after the Notice Date (¶11) |
| Plaintiffs to file reply papers in support of the Settlement, the Plan of Allocation, and application for attorneys' fees and expenses. | No later than 7 days prior to Settlement Hearing (¶27) |
| Date for the Settlement Hearing. | Not earlier than 120 calendar days after entry of the Prelim. Appr. Order, or at the Court's earliest convenience thereafter (to be added to Preliminary Approval Order ¶5) |